# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| GRANT PHILLIPS and MYRANDA PHILLIPS, et al., )<br> )<br>           *Plaintiffs,*   )<br> )<br>vs.                                     )<br> )<br> )<br>RACHEL LUCAS, ADEDAYO OLAOSEBIKAN, et al.,)<br> )<br>           *Defendants.*     ) | Cause No:   1:24-cv-2261 |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendants' names and addresses*)

*Rachel Lucas*
*Indiana Dept. of Child Services,*
*Marion County*
*2629 Waterfront Parkway E. Dr.*
*Suite 200*
*Indianapolis, IN 46214*

*Nichole Garrod*
*Indiana Dept. of Child Services,*
*Marion County*
*2629 Waterfront Parkway E. Dr.*
*Suite 200*
*Indianapolis, IN 46214*

*Peggy Surbey*
*Indiana Dept. of Child Services,*
*Marion County*
*2629 Waterfront Parkway E. Dr.*
*Suite 200*
*Indianapolis, IN 46214*

*Adedayo Olaosebikan*
*Indiana Dept. of Child Services,*
*Marion County*
*2629 Waterfront Parkway E. Dr.*
*Suite 200*
*Indianapolis, IN 46214*

*Ashley Butler-Panter*
*Indiana Dept. of Child Services,*
*Marion County*
*2629 Waterfront Parkway E. Dr.*
*Suite 200*
*Indianapolis, IN 46214*

*Marissa Luoma, M.D.*
*c/o Riley Physicians Child*
*Protection*
*575 Riley Hospital Drive, Suite*
*3038C*
*Indianapolis, IN 46202*

*Stacia Fields*
*Indiana Dept. of Child Services,*
*Marion County*
*2629 Waterfront Parkway E. Dr.*
*Suite 200*
*Indianapolis, IN 46214*

*Ann Freshour, M.D.*
*c/o Riley Physicians Child*
*Protection*
*575 Riley Hospital Drive, Suite*
*3038C*
*Indianapolis, IN 46202*

     A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Brad A. Catlin*
*Williams Law Group, LLC*
*1101 N. Delaware St., Ste. 200*
*Indianapolis, IN 46202*

Civil Action Number: _____ Civil Summons (Page 2)

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
                                                                                           *Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

    ☐ I returned the summons unexecuted because _____; or

    ☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____  _____
                                                                             *Server's Signature*

                                                                     _____
                                                                    *Printed name and title*

                                                                   _____
                                                                    *Server's address*

Additional information regarding attempted service, etc.