DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

# CONTRACT
## BETWEEN
## THE STATE OF INDIANA
## AND
## INDIANA UNIVERSITY
### Contract #0000000000000000000063964

This Contract ("Contract"), entered into by and between the Indiana Department of Child Services (the "State" or "DCS") and Indiana University ("State Educational Institution" or "Contractor"), an institution referred to in IC § 21-7-13-32(b)), is executed pursuant to the terms and conditions set forth herein. In consideration of those mutual undertakings and covenants, the parties agree as follows:

1.      **Duties of Contractor**.

Contractor shall provide services to satisfy the State's need for resources and expert knowledge for medical diagnosis in the assessment and determination of child maltreatment. Contractor shall provide such services and personnel to deliver services as described herein below:

A.      **Pediatric Evaluation and Diagnosis Program ("PEDS") Cases**:
    (1)      **PEDS Cases Definition**:

        (a)      **Mandatory PEDS Cases:**  For purposes of the Contract, "Mandatory PEDS Cases" include cases involving the assessment of medical issues related to possible child maltreatment involving:
            i.      Suspected abusive head trauma ("AHT") and trauma to the head and/or neck of any age child less than six (6) years old; and/or
            ii.      Fracture(s), suspected fracture(s), and/or burns of any child less than three (3) years old.
        (b)      **Non-Mandatory PEDS Cases:**  For purposes of this Contract, "Non-Mandatory PEDS Cases" include all cases that do not meet the specific requirements for Mandatory PEDS Cases, but that involve the assessment of medical issues relating to any suspected child maltreatment and/or physical injury of any age child, including, but not limited to, physical abuse, sexual abuse, Munchausen by proxy or **factitious disorder imposed on another**, and/or fatality, as well as cases that involve the assessment of medical emergencies and/or medical triage questions.

    (2)      **PEDS Consultation Services**:  PEDS consultation services shall be provided by Contractor for the monthly Base Contract Price (set forth in Subsection 2(A) below) and shall include the following services, depending upon the individual circumstances of the particular PEDS Case:

        (a)      Telephone and/or e-mail consultation/triage (without a formal record review/written report);
        (b)      Examining/treating a child at Riley Hospital as requested by DCS or by another physician seeking a second opinion (however, this Contract does not cover any direct medical services provided by Contractor; thus, any direct medical services provided by Contractor shall be billed through traditional medical payers and not to DCS);

EXHIBIT
A

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

(c)     Formal record review and written report of a child not seen by the Contractor (as requested by the State or by another physician seeking a formal review/written report of the child's medical records); and

(d)     Court testimony relating to PEDS Cases in which a formal report is generated whenever such testimony is requested by DCS (however, as more fully described below in paragraph A (6)(b), testimony requiring a personal appearance shall require separate hourly compensation in addition to the Base Contract Price).

(3)     <u>Physical Examination of a Child</u>:  In any situation involving a PEDS Case in which Contractor's physician(s) see(s)/examine(s) a child, Contractor shall provide a more formal and detailed review of all of the child's relevant medical records and other material and provide a written report of the Contractor's findings to DCS, as well as provide any court testimony that DCS deems necessary (pursuant to the provisions of paragraph A(6) below).

(4)     <u>Documentation</u>:  For <u>every</u> new PEDS Case referred to Contractor (including any telephone or email referral), DCS shall submit to Contractor DCS' referral sheet with the identifying information for the PEDS Case.  Upon Contractor's closure of a case, Contractor shall promptly deliver to DCS a completed PEDS Tracking Form developed by Contractor.  In order to facilitate the required documentation being provided to DCS, Contractor has received approval from DCS to utilize an agreed upon portion of the monthly Base Contract Price set forth in Section 2 to lease a copier. Contractor shall seek approval from DCS (through the Notice Party listed in Section 25 [Notice to Parties]) prior to any increase in the copier lease amount.

(5)     <u>Telephone and E-mail Consultation/Triage Services</u>.  All telephone and e-mail consultation/triage services provided by the Contractor for <u>all</u> PEDS cases (as described above in subparagraph (2)(a) and also as outlined below herein) are included in the monthly Base Contract Price.  Such services shall include the following:

(a)     For the monthly Base Contract Price set forth below in Section 2, the Contractor's Child Protection Program ("CPP") team shall provide twenty-four (24) hour/seven (7) days per week on call CPP team and child abuse physician access for DCS' staff from across the state of Indiana for assistance with all of the PEDS Cases described herein. After business hours, the on call pediatrician shall be available to assist all DCS' staff from across the state of Indiana with medical emergencies and/or triage questions.  During business hours, a CPP team member shall be available to assist all DCS' staff from across the state of Indiana in assessing medical issues relating to any PEDS Cases, including medical triage of children, providing answers to medical questions, and providing telephone or e-mail consultation and review of a case from a medical or mechanism of injury perspective.

(b)     In order to effectuate the on call assistance described directly above in subparagraph (a), telephone calls (317-944-5000) and/or e-mails (currently IUCPP@iupui.edu or at the address(es) provided in training and as updated when necessary) from DCS' staff from across the state of Indiana will go to a CPP team member who shall screen, assist, triage, and connect the caller to one of the Contractor's physicians as needed. The Contractor's physician on call will always be contacted immediately for emergent calls.  The Contractor's physician shall provide direct consultation and response to DCS as needed.  The telephone and/or e-mail consultations provided as described in this paragraph provide

guidance and support to DCS' staff, <u>but do not constitute the Contractor's provision of formal opinions for legal action in court</u>.

(6)   <u>Court Testimony</u>. Contractor shall provide court testimony in PEDS Cases in which a formal review/written report is completed when testimony in such cases is requested by DCS and accompanied by subpoena.

    (a)   <u>Court Testimony **Not** Requiring a Personal Appearance</u>.  All court testimony that the Contractor provides, pursuant to DCS' request, that is done in any manner that does **not** require a personal appearance of one of the Contractor's staff to testify in court must be provided by the Contractor for the monthly Base Contract Price (hereinafter referred to as "<u>Contracted No Appearance Testimony</u>").  Throughout this entire Contract, the definition of "Contracted No Appearance Testimony" also includes court testimony provided telephonically or by video conference.

    (b)   <u>Court Testimony Requiring a Personal Appearance</u>. All court testimony Contractor provides, pursuant to DCS' request, that requires a personal appearance of one of the Contractor's staff to testify in court shall require separate hourly compensation to be paid to the Contractor as a separate component of this Contract (in addition to the monthly Base Contract Price) at the hourly rate of **$300/hour** for all travel and testimony time (which includes both waiting and testifying time) but does not include time spent preparing for such court testimony (hereinafter referred to as "<u>Hourly Appearance Testimony</u>").

    (c)   <u>Deposition Testimony</u>.  All deposition testimony Contractor provides, pursuant to DCS' request and taken by telephone, at the place of employment of the Contractor's staff, or at a mutually agreed upon location that does not require travel by the Contractor shall be considered Contracted No Appearance Testimony and must be provided by the Contractor for the monthly Base Contract Price.

    All deposition testimony Contractor provides, pursuant to DCS' request, that requires one of the Contractor's staff to travel to a deposition shall be considered Hourly Appearance Testimony and paid as set forth in subparagraph (b) above.

(7)   <u>Formal Case Review(s)/Written Report(s) of PEDS Cases Involving a Child that Contractor Has Seen/Examined at the Request of DCS, another Physician, or on an Inpatient Basis</u>:

    (a)   In any situation involving a PEDS Case in which Contractor's physician(s) see(s)/examine(s) a child at the request of DCS (as described in paragraph A(3) above), another physician (either formally or informally), or on an inpatient basis, then Contractor shall provide a more formal and detailed review of all of the child's relevant medical records and other material and provide a written report of Contractor's findings to DCS for the monthly Base Contract Price.

    (b)   Contractor must also provide all court testimony that is requested by DCS relating to the PEDS Cases described above in paragraph (7)(a). All <u>Contracted No Appearance Testimony</u> and <u>Hourly Appearance Testimony</u> shall be paid for as set forth in Subsection A(6) above and Section 2 below.

(8)   <u>Formal Case Review(s)/Written Report(s) of PEDS Cases Involving a Child that Contractor Has **Not** Seen/Examined but Contractor has Reviewed the Child's Medical Records at the Request of Another Physician</u>:

    (a)    If Contractor has **not** seen/examined a child in a PEDS Case but has formally reviewed the child's medical records at <u>another physician's request</u>, then the Contractor must, at DCS' request, provide a formal and detailed review of all of the child's relevant medical records and other material and provide a written report to DCS. Such formal report must be provided to DCS for the monthly Base Contract Price.

    (b)    The Contractor must also provide all court testimony that is requested by DCS relating to the PEDS Cases described above in paragraph (8)(a). All <u>Contracted No Appearance Testimony</u> and <u>Hourly Appearance Testimony</u> shall be paid for as set forth in Subsection A(6) above and Section 2 below.

(9)    <u>Formal Case Review(s)/Written Report(s) Of PEDS Cases Involving A Child That The Contractor Has **Not** Seen/Examined But DCS Requests a Formal Case Review/Written Report Of The Case</u>:  Some Cases involving a child that the Contractor has <u>not</u> seen/examined shall require, due to DCS' request, that the Contractor provide a more formal and detailed review of all of the child's relevant medical records and other material and provide a written report of the Contractor's findings, as well as provide court testimony that is requested by DCS. The details governing the procedures described in this paragraph are as follows:

    (a)    The Contractor shall provide a formal case review/written report for a PEDS Case involving a child that the Contractor has not seen/examined if the Contractor receives a written request for the formal review/written report from DCS. The Contractor's team members shall then work with the relevant DCS staff members to assist in gathering all of the information Contractor needs to perform the formal case review of the PEDS Case and provide the written report of its findings and opinion(s) to DCS.

    (b)    The Contractor must also provide all court testimony that is requested by DCS relating to the PEDS Cases described above in paragraph (9)(a). All <u>Contracted No Appearance Testimony</u> and <u>Hourly Appearance Testimony</u> shall be paid for as set forth in Subsection A(6) above and Section 2 below.

(10)    <u>Screening Out Formal Case Reviews</u>:  Contractor and DCS shall follow "Screen Out" procedures by which Contractor may be permitted to decline formal requests for review of PEDS Cases in certain circumstances; provided, however, that such Screen Out procedures include a requirement that the DCS Regional Manager, or his/her designee, shall have the option to request that Contractor complete a formal case review/written report for a given PEDS Case despite Contractor's initial decision to decline such case review pursuant to the Screen Out procedures, and that Contractor shall honor such request when made.

B.    **Direct Medical Services**:
For all PEDS Cases, this Contract does not cover any direct medical services provided by the Contractor, as these types of services shall be billed through traditional medical payors and not to DCS.

C.    **Education**:
    (1)    <u>Training</u>.  Throughout the entire term of the Contract (including any extensions thereto), Contractor shall continue to provide a maximum of five (5) to six (6) training(s) per year to DCS staff, at DCS' request, and shall debrief DCS on unique and/or difficult cases as needed and requested by the relevant DCS'

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

Local Office Director. Such trainings shall be provided by the Contractor for the monthly Base Contract Price.

(a) The Contractor shall work with DCS (through the Notice Party listed in Section 25 [Notice to Parties] of this Contract as the initial DCS contact person) during the development/review of the curriculum and implementation phases of trainings Contractor is providing pursuant to this provision, and Contractor shall receive DCS' prior approval before providing a particular curriculum/training and/or devoting substantial time and/or resources to a particular training. It is understood by the parties to this Contract that each of the trainings will likely require tailoring to fit different hospital systems and training scenario/participant needs; however, DCS shall have the authority, through the prior review/approval requirement set forth above, to determine and ensure that any and all curriculum developed for and utilized at trainings is consistent with DCS' policies, other trainings, and/or includes topics that DCS deems necessary to provide efficacy of training(s) paid for by DCS pursuant to this Contract. With DCS' approval, trainings during this Contract term may: 1) focus on critical thinking in the assessment of a child's injuries and be offered for smaller groups; or 2) involve developed short web-based materials.

(b) During training, the contractor shall work with DCS to identify PEDS Champions amongst DCS staff across the state. Such PEDS Champions may assist in training DCS' FCMs on how the PEDS program can be of most assistance to FCMs when assessing child abuse or neglect.

(2) Training and Education of Indiana Physicians, Docs INCASE Chosen by the Contractor and DCS, and Other Relevant Parties on Child Abuse and Neglect Identification and/or Reporting: Many cases of suspected child maltreatment are reported involving neglect or injuries directly impacting the child's health, yet physicians are often not involved in the evaluation or not knowledgeable on the topic. Many cases of suspected maltreatment are reported by health care providers as a matter of "protocol", but when asked, the health care provider often does not know whether the case truly involves maltreatment—it is just his/her job to report suspicions. A medical evaluation of the child may or may not be completed. In an effort to improve education and training concerning child abuse and neglect identification, reporting, and/or related topics (such as sexual abuse, etc), the Contractor's Indiana University Child Protection Program ("IUCPP") physicians and nurse practitioners shall develop and implement programming, training, and education across the state whenever possible for Indiana physicians, Docs INCASE chosen by the Contractor and DCS (as described in more detail below in paragraph 2(a)), and other relevant parties.

(a) Docs INCASE Chosen by the Contractor and DCS:
In reference to solely the Docs INCASE chosen by the Contractor and DCS [as described in more detail below in Subsection 1.D., and as part of the trainings described above in paragraph (2) of Subsection 1.C.], the Contractor shall also provide more-intensive trainings, including, but not limited to, extended one (1) to two (2) day training(s) for the Docs INCASE. Moreover, IUCPP shall provide a quarterly educational program and case review for the selected Docs INCASE, and IUCPP shall be available as a tertiary center for twenty-four (24) hours a day/seven (7) days per week consultation to such Docs INCASE, including the opportunity for Docs INCASE (defined below) to participate in weekly Continuing Medical Education conferences with case reviews.

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

(3)    For the consideration set forth in Section 2, the Contractor shall provide/administer all of the above-described education and training, as well as related program development, administrative support, technology related expenses (for example, computer equipment and support), conference facilities, reasonable food and beverage expenses, speaker expenses, educational materials, and travel, and no such education and training expenses may be billed in addition to the consideration set forth in Section 2 of the Contract.

D.    **Docs INCASE Chosen by the Contractor and DCS with such Physicians Being Available to DCS for Medical Evaluation and Related Services:**

(1)    <u>Selection of Docs INCASE</u>: The Contractor and DCS (via the appropriate DCS' Regional Manager and/or local DCS' office director or his/her designee) shall choose **up to the equivalent of 15 full time Docs INCASE PRACTICES** (DCS and Contractor may choose full time and/or part time Docs INCASE, and 2 part time Docs INCASE are equivalent to 1 full time Doc INCASE) from around the State of Indiana.

Full time Docs INCASE are medical doctors available to DCS for medical evaluation and related services for at least an average of 3 to 4 hours per calendar week ("Full Time Docs INCASE"). Part time Docs INCASE are medical doctors available to DCS for medical evaluation and related services for at least an average of 2 hours per calendar week ("Part Time Docs INCASE"). The Full and Part Time Docs INCASE from around the State of Indiana shall be available to DCS for medical evaluation and related services as set forth in more detail below.

After DCS and Contractor have agreed on the selection of Full and/or Part Time Docs INCASE medical doctors or practices, each Full and Part Time Doc INCASE must execute a Docs INCASE Agreement, in the form of the sample agreement attached to this Amendment #1 as **Exhibit 1,** before any physician may begin providing services and receiving compensation pursuant to the Docs INCASE Agreement. This agreement shall address such Full or Part Time Docs INCASE physician's availability to DCS for medical evaluation, staffing cases, teaching, testifying, and related services as set forth in more detail in the Statement of Work attached to this Amendment #1 as **Exhibit 2**.

(2)    <u>Payment of Docs INCASE</u>: Once Full and/or Part Time Docs INCASE physicians have executed the Docs INCASE Agreement, DCS shall begin to pay Contractor $1250.00 per month for each Full Time Docs INCASE physician and $625 per month for each Part Time Docs INCASE physician; and Contractor shall forward said payments directly to the appropriate Docs INCASE. If any Full or Part Time Docs INCASE physician who signed a Docs IN CASE Agreement does not make himself/herself available to DCS to perform services described in more detail in **Exhibit 1** and **Exhibit 2** to this Amendment #1 for at least an average of the amount of hours per week indicated in such physician's executed agreement, DCS shall immediately cease paying the Contractor the $1250 or $625 monthly fee for such Docs INCASE physician(s) as evidenced in a written notice sent and/or e-mailed to the Contractor in accordance with Section 25 [Notice to Parties] of the Contract. In such situations, where DCS ceases to pay for a Full or Part Time Docs INCASE physician, DCS and the Contractor (via the appropriate DCS' Regional Manager and/or local DCS' office director or his/her designee) may select a different Full or Part Time Docs INCASE physician to take the place of the physician for whom DCS is no longer making payment, as long as DCS is never paying monthly for more than the equivalent of fifteen (15) Full Time Docs INCASE at the anytime during the term of the Contract.

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

(3)    The Contractor shall be responsible for administering and monitoring all of the selected Docs INCASE.

(4)    As part of the consideration that DCS pays to Contractor for its provision of all of the training described in Subsection 1(C), all Docs INCASE chosen by the Contractor and DCS will be able to attend and/or review any of the trainings, live presentations, and webinars provided by the Contractor pursuant to Subsection 1(C) and, in particular, shall also receive the more-intensive trainings, quarterly educational program, case review, and tertiary center services described in subparagraph (a) of C(2) above.

(5)    Contractor shall ensure all Docs INCASE are fully compliant with the Criminal and Background Checks required pursuant to Section 38 of this Contract.

E.    **PEDs and Docs INCASE Reporting:**

(1)    Contractor shall provide the State with quarterly reports documenting and tracking the medical impression of the cases on which the Contractor consults. Each quarterly report shall also contain information on the educational programs provided by the Contractor.

(2)    All of the telephone support for medical emergencies, triage, and case reviews (formal and informal) provided by the Contractor pursuant to this Contract shall be tabulated by the Contractor to document date, county, and type of consultation service provided. On a quarterly basis, the Contractor shall provide such information to the State.

(3)    Contractor may solicit feedback from DCS users of the PEDS program. Upon creation by the Contractor of a feedback report, Contractor shall submit a copy to DCS.

F.    **Key Personnel for PEDs, Education, and Docs INCASE Programs Described Above:**

(1)    Drs. Thompson, Hicks, Holloran, Demetris, and Hibbard are key personnel and, as such, are considered essential to this Contract. Dr. Freshour will be added as key personnel beginning in July 2023. The Contractor shall not replace any of these key personnel without providing written notice to the State and receiving the State's express written prior approval of any substitution(s). If, at any time, all key personnel listed above are unavailable, the Contractor must ensure that a local pediatrician from Riley Hospital will be available to take initial calls from DCS.

(2)    If not already implemented, the State and the Contractor will develop criteria and implement procedures to govern contact with the Contractor, including contacts outside of normal business hours.

G.    The duties described in Subsections A-F above in this Section reflect the State's current priorities on assessment and determination of child maltreatment. The Contractor's resources are currently allocated as described above herein, but may be reallocated at the discretion of the State program managers based on actual case volume and the State's priorities. The Contractor agrees to fulfill all duties described above herein.

H.    If the Contractor provides any of the services outlined above that were specifically described as requiring hourly compensation to be paid to the Contractor as a separate component of this Contract (in addition to the monthly Base Contract Price), the Contractor shall generate a separate monthly invoice to DCS for such "Extended Services." In summary, the following type of Extended Services are the only Extended

Services for which the Contractor may separately bill DCS: any Hourly Appearance Testimony for any PEDS Case (including travel, waiting, and testifying time), which shall be billed separately to DCS at the rate of **$300/hour**.

I.   **Foster Care Bridge Clinic ("FCBC")**.

   (1)   <u>Overview</u>.   Contractor shall provide the services further described in the paragraphs of this Subsection I of this Contract and **Exhibit 3**, Foster Care Bridge Clinic Proposal, attached hereto and incorporated herein. If any of the term(s) within the body of this Contract conflict with the terms contained in **Exhibit 3**, the terms within the body of this Contract shall control. The Contractor shall ensure a referred child's visit encounters with the FCBC include, but are not limited to, receiving an age appropriate:

   (a) physical examination;
   (b) trauma behavioral screen;
   (c) vision screen;
   (d) dental screen; and
   (e) hearing screen.

   In addition, the Contractor shall ensure:

   (a) the FCBC collects all referred child's available past and present medical records and delivers such records to the referring DCS Family Case Manager ("FCM");
   (b) the FCBC social worker provides links to community resources for identified needs; and
   (c) all FCBC communications concerning a referred child are thorough and timely.

   (2)   <u>Key Personnel</u>.   Key Personnel for the FCBC program include Drs. Shannon Thompson, Ralph Hicks and Holly Robinson. The Contractor shall not replace any of these key personnel without providing written notice to the State and receiving the State's express written prior approval of any substitution(s).

   (3)   <u>Referrals</u>.   The Contractor shall accept all DCS FCBC referrals made:

   (a) according to a referral process that is approved by the DCS; and
   (b) pursuant to and in accordance with the terms of this Contract and its attachments.

   (4)   <u>FCBC Reporting</u>.

   (a) <u>Child Specific Discharge Summary</u>.   Contractor shall provide a provide a written discharge summary that details each child's FCBC care encounter(s), to the referring DCS FCM, DCS FCM Supervisor, and known foster care provider(s) or medical home provider(s) prior to the child's Shared Plan of Care Meeting ("SPCM"), which is described below in paragraph (6) of this Subsection. This Child Specific Discharge Summary shall include, but not be limited to, the results of all examinations and screenings completed at the FCBC, and a summary of referrals that were made by the FCBC for a child.
   (b) <u>Child Specific Summary Packet</u>.   Contractor shall provide a timely Child Specific Summary Packet, within two (2) to three (3) weeks of a child's visit encounter(s) to the FCBC to the referring DCS FCM and DCS FCM Supervisor. These Child Specific Summary Packets shall include, but not be

limited to, a: 1) cover letter describing the type of FCBC visit encounter that occurred; 2) one (1) page summary sheet that lists the referred child's problems, services that were provided, and referrals and resources that were provided; 3) documentation from the medical provider of the comprehensive or follow up medical assessment(s); and 4) documentation from the FCBC's Behavioral Health Specialist and Resource Coordinator of the referred child's psychosocial assessment. Contractor shall also make the Child Specific Summary Packet available to the DCS and to each referring DCS office. Contractor shall provide a copy of any documents or materials within the Child Specific Summary Packet to the DCS upon DCS' request.

(c) Quarterly Report(s). Contractor shall provide quarterly written reports to DCS that summarizes the services the FCBS has provided under this Contract. These Quarterly Reports shall include, but not be limited to, the: 1) demographics of children visiting the FCBC; 2) number of DCS referrals received from each DCS office and overall; 3) number of appointments made for children; 4) types of services provided to children; and 5) future direction and goals for children. The Contractor shall provide these written Quarterly Reports to the individual(s) identified in Subsection 25.A.(1) of this Contract, the DCS Deputy Director of Field Operations, or other DCS leadership as directed by DCS.

(5) FCBC Shared Plan of Care Meeting. Contractor shall ensure SPCM occurs the Tuesday following the Thursday clinic day in which a child visits the FCBC. Contractor shall invite the referring DCS FCM and DCS FCM Supervisor to all SPCM(s) to discuss the pertinent issues related to a child's visit encounter(s). Shared Plan of Care Meetings shall include, but not be limited to, discussions concerning a shared plan of care for a child and finalization of what next steps should occur for the child's continued plan of care.

(6) Regardless of which DCS county office refers a child to FCBC, the Contractor shall ensure referring DCS FCM and DCS FCM Supervisor receive the Child Specific Discharge Summaries, Child Specific Summary Packets, invitation(s) to SPCMs, and any other referred child's information or materials referenced or described in the above paragraphs of this Subsection I.

## 2. Consideration.

The details governing payment to the Contractor for performance of the duties set forth in Section 1 of this Contract are described herein below in this Section, as well as outlined above in Section 1 in conjunction with the description of the specific duties to be provided by the Contractor. The Contractor will be paid pursuant to Section 26 of this Contract and in the following manner:

A. **PEDS Cases and Docs INCASE**

(1) Consideration for Services for PEDS Cases Included in the Monthly Base Contract Price and for Training and Education Concerning Child Abuse and Neglect for Indiana Physicians and Docs INCASE, DCS, and Other Relevant Parties. For all services for PEDS Cases included in the monthly "Base Contract Price", the State will pay Contractor in arrears in level total monthly installments as follows:

(a) from 07/01/22 to 06/30/23, DCS will pay **$172,085.91 per month** for PEDS Case services that are included in the monthly Base Contract

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

Price.  The State's payment to the Contractor for these services during the first year of this Contract shall not exceed <u>$2,065,031.00</u>.

(b)    from **07/01/23 to 06/30/24**, DCS will pay **$191,427.83 per month** for PEDS Case services that are included in the monthly Base Contract Price.  The State's payment to the Contractor for these services during the second year of this Contract shall not exceed <u>$2,297,134.00</u>.

(2)    <u>Consideration for Services for the PEDS Cases **Not** Included in the Monthly Base Contract Price</u>.  If the Contractor provides any of the services for PEDS Cases outlined in Section 1 that were specifically described as requiring separate hourly compensation to be paid to the Contractor as a separate component of this Contract (in addition to the monthly Base Contract Price), the Contractor shall generate a separate monthly invoice to DCS for such "Extended Services" as described in Section 1(H).   Total remuneration of solely the Extended Services shall not exceed **$40,000 per year**.

(3)    <u>Consideration for up to Fifteen (15) Docs INCASE Chosen by the Contractor and DCS with such Physicians Being Available to DCS for Medical Evaluation and Related Services</u>.

(a)    As described above in Subsection 1(D), once a Full Time or Part Time Docs INCASE physician has been selected and approved by the Contractor and DCS (via the appropriate DCS' Regional Manager and/or local DCS' office director or his/her designee) and the physician has executed the Docs INCASE Agreement with DCS (in the form of **Exhibit 1**), DCS will begin to pay the Contractor <u>a monthly fee of $1250 for each Full Time Docs INCASE physician</u> and <u>$625 for each Part Time Docs INCASE physician</u>, and the Contractor shall forward such payment directly to such respective Full and Part Time Docs INCASE physician.

    i.    If any Full Time Docs INCASE physician does not make himself/herself available to DCS to provide local expertise across the state of Indiana for at least an average of three (3) to four (4) hours per calendar week for medical evaluation, staffing cases, teaching, testifying, and related services as described in more detail in **Exhibit 1** and **Exhibit 2**, DCS will immediately cease paying the Contractor the $1,250.00 monthly fee for such physician as evidenced in a written notice sent and/or e-mailed to the Contractor in accordance with Section 25 [Notice to Parties] of the Contract.

    ii.    If any Part Time Docs INCASE physician does not make himself/herself available to DCS to provide local expertise across the state of Indiana for at least an average of two (2) hours per calendar week for medical evaluation, staffing cases, teaching, testifying, and related services as described in more detail in **Exhibit 1** and **Exhibit 2**, DCS will immediately cease paying the Contractor the $625 monthly fee for such physician as evidenced in a written notice sent and/or e-mailed to the Contractor in accordance with Section 25 [Notice to Parties] of the Contract.

    iii.    In situations where DCS provides written notice and ceases paying the Contractor the monthly fee for a Full or Part Time Docs INCASE physician, DCS and the Contractor (via the appropriate DCS' Regional Manager and/or local DCS' office director or his/her designee) may select a different Full or Part

Time Docs INCASE physician to take the place of the Full or Part Time Docs INCASE physician that DCS is no longer paying for, as long as DCS is never paying monthly for more than the equivalent of fifteen (15) Full Time Docs INCASE, where two (2) Part Time Docs INCASE are equivalent to 1 Full Time Doc INCASE, at the same time during the term of the Contract.

(b)    Contractor's monthly invoices shall indicate the names of the Full and Part Time Docs INCASE and specify the number of Full Time Docs INCASE billing at $1,250.00 and Part Time Docs INCASE billing at $625.00.

(c)    The Contractor may only invoice DCS monthly for the training and education of a Full or Part Time Docs INCASE physician who has been chosen and approved by both the Contractor and DCS <u>and</u> who has executed a DOCS INCASE Agreement with DCS (in the form of **Exhibit 1**).

(d)    **Total remuneration of solely this Docs INCASE component shall not exceed $225,000.00 per year.**

B.    <u>**Foster Care Bridge Clinic**</u>.

(1)    For Contractor's provision of services associated with the Foster Care Bridge Clinic, as set out in Subsection 1.I. above and **Exhibit 3**, the State will pay Contractor in arrears in level total monthly installments as follows:

(a)    from **07/01/22 to 06/30/23**, DCS will pay <u>**$18,350.08**</u> **per month**, and the total funding for the first year of the Contract for these services shall not exceed <u>$220,201.00</u>.

(b)    from **07/01/23 to 06/30/24**, DCS will pay <u>**$19,339.50**</u> **per month**, and the total funding for the second year of the Contract for these services shall not exceed <u>$232,074.00</u>.

C.    <u>**Total Remuneration**</u>. As set forth above, <u>**total remuneration under the Contract shall not exceed $ 5,344,440.00.**</u> This total remuneration amount includes all amounts paid to the Contractor by the State pursuant to this Contract for all of the above-described components, including, but not limited to, all amounts paid for services for PEDS Cases included in the monthly Base Contract Price, all amounts paid for Extended Services for PEDS Cases not included in the monthly Base Contract Price, Consideration for up to Fifteen (15) Docs INCASE, and funding for the Foster Care Bridge Clinic.

D.    <u>No Consideration for Direct Medical Services</u>. In documenting its time hereunder, the Contractor will include only hours which are not otherwise eligible for medical billing or reimbursement. This Contract does not include payment for any direct medical services provided by the Contractor, as these types of services shall be billed through traditional medical payors and not to DCS.

E.    <u>No Consideration for Indirect Costs</u>. This Contract does not include payment for any indirect costs incurred by the Contractor in providing the services/personnel described above in Section 1. The State shall not pay Contractor for any indirect costs it incurs pursuant to this Contract.

**3.    Term.** This Contract shall be effective for a period of Two (2) years. It shall commence on July 1, 2022 and shall remain in effect through June 30, 2024.

**4.    "Separateness" of Contracts between the Parties.** The State acknowledges and agrees that because of the unique nature of State Educational Institutions, the duties and responsibilities of "the State Educational Institution" in these Standard Conditions for Contracts between the State of Indiana and State Institutions and in any contract for professional services

are specific to the department or unit of the State Educational Institution. The existence or status of any one contract between the State and the State Educational Institution shall have no impact on the execution or performance of any other contract and shall not form the basis for termination of any other contract by either party.

**5.    Access to Records.**  The State Educational Institution and its subcontractors, if any, shall maintain all books, documents, papers, accounting records, and other evidence pertaining to all costs incurred under this Contract. They shall make such materials available at their respective offices at all reasonable times during this Contract term, and for three (3) years from the date of final payment under this Contract, for inspection by the State or its authorized designees. Copies shall be furnished at no cost to the State if requested.

**6.    Assignment; Successors; and Subcontracting. [Modified]**

A.    The State Educational Institution binds its successors and assignees to all the terms and conditions of this Contract.  The State Educational Institution shall not assign or subcontract the whole or any part of this Contract without the State's prior written consent. The State Educational Institution may assign its right to receive payments to such third parties as the State Educational Institution may desire without the prior written consent of the State, provided that the State Educational Institution gives written notice (including evidence of such assignment) to the State thirty (30) days in advance of any payment so assigned.  The assignment shall cover all unpaid amounts under this Contract and shall not be made to more than one party.

B.    The State Educational Institution shall not assign or subcontract the whole or any part of this Contract without the State's prior written consent. Additionally, the State Educational Institution shall provide prompt written notice to the State of any change in the State Educational Institution's legal name or legal status so that the changes may be documented and payments to the successor entity may be made.

C.    The State Educational Institution shall monitor the performance of all subcontractors and shall remain responsible to the State for the performance of any subcontractor. The State Educational Institution agrees to enter into written agreements with all subcontractors and to provide copies of all subcontracting agreements to the State upon request. It shall be the responsibility of the State Educational Institution to ensure all subcontractors have the required background checks completed as set forth in Section 38 [Criminal and Background Checks] below. The State Educational Institution further agrees to notify the State of a breach of these provisions by a subcontractor and to discontinue any agreement with the specified subcontractor in the event of such a breach.

**7.    Audits.**  The State Educational Institution acknowledges that it may be required to submit to an audit of funds paid through this Contract. Any such audit shall be conducted in accordance with IC § 5-11-1, *et seq.* and audit guidelines specified by the State and all applicable provisions of 2 C.F.R. 200.

The State considers the State Educational Institution to be a "Contractor" under 2 C.F.R. 200.331 for purposes of this Contract. However, if it is determined that the State Educational Institution is a "subrecipient" and if required by applicable provisions of 2 C.F.R. 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements), the State Educational Institution shall arrange for a financial and compliance audit which complies with 2 C.F.R. 200.500 *et seq.*

**8.    Authority to Bind the State Educational Institution.**  The signatory for the State Educational Institution represents that he/she has been duly authorized to execute this Contract on behalf of the State Educational Institution and has obtained all necessary or applicable approvals to make this Contract fully binding upon the State Educational Institution when his/her

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

signature is affixed, and certifies that this Contract is not subject to further acceptance by the State Educational Institution when accepted by the State.

**9.    Compliance with Laws. [Modified]**

A.    The State Educational Institution shall comply with all applicable federal, state and local laws, rules, regulations and ordinances, including any disaster plan protocol (IV-E and IV-B), and all provisions required thereby to be included herein are hereby incorporated by reference. The enactment of any state or federal statute or the promulgation of rules or regulations thereunder after execution of this Contract shall be reviewed by the State and the State Educational Institution to determine whether the provisions of this Contract require formal modification.

B.    The State Educational Institution and its agents shall abide by all ethical requirements that apply to persons who have a business relationship with the State as set forth in IC § 4-2-6, *et seq.*, IC § 4-2-7, *et seq.* and the regulations promulgated thereunder. **If the State Educational Institution has knowledge, or would have acquired knowledge with reasonable inquiry, that a state officer, employee, or special state appointee, as those terms are defined in IC § 4-2-6-1, has a financial interest in the Contract, the State Educational Institution shall ensure compliance with the disclosure requirements in IC § 4-2-6-10.5 prior to the execution of this contract.** If the State Educational Institution is not familiar with these ethical requirements, the State Educational Institution should refer any questions to the Indiana State Ethics Commission or visit the Inspector General's website at http://www.in.gov/ig/. If the State Educational Institution or its agents violate any applicable ethical standards, the State may, in its sole discretion, terminate this Contract immediately upon notice to the State Educational Institution. In addition, the State Educational Institution may be subject to penalties under IC §§ 4-2-6, 4-2-7, 35-44.1-1-4, and under any other applicable laws.

C.    The State Educational Institution certifies by entering into this Contract, that it is not presently in arrears in payment of its taxes, permit fees or other statutory, regulatory or judicially required payments to the State. The State Educational Institution agrees that further work may be withheld, delayed, or denied and/or this Contract suspended until the State Educational Institution is current in its payments and has submitted proof of such payment to the State.

D.    The State Educational Institution warrants that it has no current, pending or outstanding criminal, civil, or enforcement actions initiated by the State.

E.    If a valid dispute exists as to the State Educational Institution's liability or guilt in any action initiated by the State or its agencies, and the State decides to delay, withhold, or deny work to the State Educational Institution, the State Educational Institution may request that it be allowed to continue, or receive work, without delay. The State Educational Institution must submit, in writing, a request for review to the Indiana Department of Administration ("IDOA") following the procedures for disputes outlined herein. A determination by IDOA shall be binding on the parties.

F.    The State Educational Institution warrants that the State Educational Institution and its subcontractors, if any, shall obtain and maintain all required permits, licenses, and approvals, as well as comply with all health, safety, and environmental statutes, rules, or regulations in the performance of work activities for the State. Failure to do so may be deemed a material breach of this Contract and grounds for immediate termination and denial of further work with the State.

G.    The State Educational Institution agrees that the State may confirm, at any time, that no liabilities exist to the State, and, if such liabilities are discovered, that the State may bar

the State Educational Institution from contracting with the State in the future and cancel existing contracts.

H.    As required by IC §5-22-3-7:
(1) The State Educational Institution and its principals certify that:
(A)  the State Educational Institution, except for de minimis and nonsystematic violations, has not violated the terms of:

(i) IC §24-4.7 [Telephone Solicitation of Consumers];

(ii) IC §24-5-12 [Telephone Solicitations]; or

(iii) IC §24-5-14 [Regulation of Automatic Dialing Machines];

in the previous three hundred sixty-five (365) days, even if IC § 24-4.7 is preempted by federal law; and

(B) the State Educational Institution will not violate the terms of IC § 24-4.7 for the duration of the Contract, even if IC § 24-4.7 is preempted by federal law.

(2) The State Educational Institution and any principals of the State Educational Institution certify that an affiliate or principal of the State Educational Institution and any agent acting on behalf of the State Educational Institution or on behalf of an affiliate or principal of the State Educational Institution, except for de minimis and nonsystematic violations,

(A) has not violated the terms of IC § 24-4.7 in the previous three hundred sixty-five (365) days, even if IC § 24-4.7 is preempted by federal law; and

(B) will not violate the terms of IC § 24-4.7 for the duration of the Contract, even if IC § 24-4.7 is preempted by federal law.

## 10.    Confidentiality of Data, Property Rights in Products, Copyright Prohibition and Ownership of Documents and Materials. [Modified]

A.    Publication and dissemination of the project results are of fundamental importance to both the State and the State Educational Institution. The State Educational Institution is free to publish in academic journals, present at symposia, or use any results arising out of the performance of this Contract for its own internal instructional and research, or publication (i.e. graduate theses and dissertations) objectives. Any publications or presentations referencing the State shall be made in accordance with this Section.

B.    The parties agree that all information, data, findings, recommendations, proposals, etc., by whatever name described and in whatever form secured, developed, written or produced by the State Educational Institution in furtherance of this Contract shall be available to the State for its use and distribution at its discretion without additional charge to the State. The State Educational Institution shall take such action as is necessary under law to preserve such rights in and of the State while such property is within the control and/or custody of the State Educational Institution. Full, immediate, and unrestricted access to the work product of the State Educational Institution during the term of this Contract shall be available to the State.

C.    Use of these materials, other than related to Contract performance by the State Educational Institution, that includes any reference to the State, without the prior written consent of the State, is prohibited. For any purposes outside those contemplated by this Contract, and for which the State's participation will be referenced, the State shall have the right of review and approval of the use, disclosure, and the finished product prior to its publication. All such requests shall be made in writing and delivered to the DCS' Director or his/her designee. The State shall have sixty (60) days to review such requests and will respond in writing to the State Educational Institution.  If the State has not responded within sixty (60) days, the request will be deemed approved.

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

D.      The State Educational Institution and the State agree that the distribution of proceeds from any commercial licenses for patentable or copyrightable material developed as a result of this Contract, other than publications and presentations outlined in the preceding paragraph, shall be negotiated by the parties and shall be representative of the input of each party.

**11.      Confidentiality of State Information.**   The State Educational Institution understands and agrees that data, materials, and information disclosed to the State Educational Institution may contain confidential and protected information. Therefore, except to the extent required by the Indiana Access to Public Records Act, IC § 5-14-3, the State Educational Institution covenants that data, material and information gathered, based upon or disclosed to the State Educational Institution for the purpose of this Contract, and specifically identified as confidential information by the State, will not be disclosed to or discussed with third parties without the prior written consent of the State.

**12.      Debarment and Suspension.  [Modified]**

A.      The State Educational Institution certifies by entering into this Contract that neither it nor its principals nor any of its subcontractors are presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from entering into this Contract by any federal agency or by any department, agency or political subdivision of the State. The term "principal" for purposes of this Contract means an officer, director, owner, partner, key employee or other person with primary management or supervisory responsibilities, or a person who has a critical influence on or substantive control over the operations of the State Educational Institution.

B.      The State Educational Institution certifies that it has verified the suspension and debarment status for all subcontractors receiving funds under this Contract and shall be solely responsible for any recoupments or penalties that might arise from non-compliance. The State Educational Institution shall immediately notify the State if any subcontractor becomes debarred or suspended, and shall, at the State's request, take all steps required by the State to terminate its contractual relationship with the subcontractor for work to be performed under this Contract.

**13.      Default by State.**   If the State, sixty (60) days after receipt of written notice, fails to correct or cure any breach of this Contract, the State Educational Institution may cancel and terminate this Contract and institute the appropriate measures to collect monies due up to and including the date of termination.

**14.      Disputes.  [Modified]**

A.      Should any disputes arise with respect to this Contract, the State Educational Institution and the State agree to act immediately to resolve such disputes. Time is of the essence in the resolution of disputes.

B.      The State Educational Institution agrees that, the existence of a dispute notwithstanding, it will continue without delay to carry out all of its responsibilities under this Contract that are not affected by the dispute. Should the State Educational Institution fail to continue to perform its responsibilities regarding all non-disputed work, without delay, any additional costs incurred by the State or the State Educational Institution as a result of such failure to proceed shall be borne by the State Educational Institution, and the State Educational Institution shall make no claim against the State for such costs.

C.      If a party to the Contract is not satisfied with the progress toward resolving a dispute, the party must notify in writing the other party of the dissatisfaction.  Upon written notice, the

parties have ten (10) working days, unless the parties mutually agree to extend this period, following the notification to resolve the dispute. If the dispute is not resolved within ten (10) working days, a dissatisfied party will submit the dispute in writing according to the following procedure:

> The parties agree to resolve such matters through submission in writing of their dispute to the Commissioner of the Indiana Department of Administration. A dissatisfied party shall submit the dispute to the Commissioner of the Indiana Department of Administration for resolution. The dissatisfied party shall give written notice to the Commissioner and the other party. The notice shall include: (1) a description of the disputed issues, (2) the efforts made to resolve the dispute, and (3) a proposed resolution. The Commissioner shall promptly issue a Notice setting out documents and materials to be submitted to the Commissioner in order to resolve the dispute; the Notice may also afford the parties the opportunity to make presentations and enter into further negotiations. Within thirty (30) business days of the conclusion of the final presentations, the Commissioner shall issue a written decision and furnish it to both parties. The Commissioner's decision shall be the final and conclusive administrative decision unless either party serves on the Commissioner and the other party, within ten business days after receipt of the Commissioner's decision, a written request for reconsideration and modification of the written decision. If no reconsideration is provided within ten (10) working days, the parties may mutually agree to submit the dispute to arbitration or mediation for a determination. If a party is not satisfied with the Commissioner's ultimate decision, the dissatisfied party may submit the dispute to an Indiana court of competent jurisdiction.

D. The State may withhold payments on disputed items pending resolution of the dispute. The unintentional nonpayment by the State to the State Educational Institution of one (1) or more invoices not in dispute in accordance with the terms of this Contract will not be cause for the State Educational Institution to terminate this Contract, and the State Educational Institution may bring suit to collect these amounts without following the disputes procedure contained herein.

E. With the written approval of the Commissioner of the Indiana Department of Administration, the parties may agree to forego the process described in subdivision C relating to submission of the dispute to the Commissioner.

F. This paragraph shall not be construed to abrogate provisions of IC § 4-6-2-11 in situations where dispute resolution efforts lead to a compromise of claims in favor of the State as described in that statute. In particular, releases or settlement agreements involving releases of legal claims or potential legal claims of the state should be processed consistent with IC § 4-6-2-11, which requires approval of the Governor and Attorney General.

**15.    FERPA Compliance.** If the State Educational Institution is an "educational agency or institution" as that term is defined by the Family Educational Rights and Privacy Act (FERPA), 20 USC 1232g, 34 CFR 99.1, and this Contract involves "personally identifiable information," as defined at 34 CFR 99.3, the State Educational Institution covenants that it will appropriately safeguard from unauthorized disclosure to third parties any "personally identifiable information" with respect to a student.

**16.    Force Majeure.** In the event that either party is unable to perform any of its obligations under this Contract or to enjoy any of its benefits because of natural disaster or decrees of governmental bodies not the fault of the affected party (hereinafter referred to as a "Force

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

Majeure Event"), the party who has been so affected shall immediately or as soon as is reasonably possible under the circumstances give notice to the other party and shall do everything possible to resume performance. Upon receipt of such notice, all obligations under this Contract shall be immediately suspended. If the period of nonperformance exceeds thirty (30) days from the receipt of notice of the Force Majeure Event, the party whose ability to perform has not been so affected may, by giving written notice, terminate this Contract.

**17.      Funding Cancellation**.  As required by Financial Management Circular 3.3 and IC § 5-22-17-5, when the Director of the State Budget Agency makes a written determination that funds are not appropriated or otherwise available to support continuation of performance of this Contract, this Contract shall be canceled. A determination by the Director of State Budget Agency that funds are not appropriated or otherwise available to support continuation of performance shall be final and conclusive.

**18.      Governing Law**.    This Contract shall be governed, construed, and enforced in accordance with the laws of the State of Indiana, without regard to its conflict of laws rules. Suit, if any, must be brought in the State of Indiana.

**19.      HIPAA Compliance. [Modified]**

A.      This Section applies only to the extent that the State Educational Institution receives any protected health information ("PHI"), as referenced in paragraph B below, or any alcohol and drug abuse records (as defined in IC § 16-18-2-12), health records (as defined in IC § 16-18-2-168), or mental health records (as defined in IC § 16-18-2-226), concerning any individual, in connection with performance of any services under this Contract. Any records included in the above definitions in IC § 16-18-2 are referred to herein as "Health Records."

B.      HIPAA.  The State Educational Institution agrees to comply with all applicable requirements of the Health Insurance Portability and Accountability Act of 1996, Title II, Administrative Simplification ("HIPAA"), including amendments signed into law under the American Recovery and Reinvestment Act of 2009 ("ARRA"), in particular, applicable provisions of Title XIII known as the Health Information Technology for Economic and Clinical Health Act ("HITECH"), Subtitle D, in all activities related to this Contract, to maintain compliance during the term of this Contract and after as may be required by federal law, to operate any systems used to fulfill the requirements of this Contract in full compliance with all applicable provisions of HIPAA and to take no action which adversely affects the State's HIPAA compliance.

Terms used, but not otherwise defined, in this Contract shall have the same meaning as those found in the HIPAA Regulations under 45 CFR Parts 160, 162, and 164.

To the extent required by the provisions of HIPAA and regulations promulgated thereunder, the State Educational Institution assures that it will appropriately safeguard all forms of Health Records and/or Protected Health Information (PHI), as defined by the regulations, which is made available to or obtained by the State Educational Institution in the course of its work under this Contract.  The State Educational Institution agrees to comply with all applicable requirements of law relating to Health Records and/or PHI with respect to any task or other activity it performs for the State including, as required by the final Privacy and Security regulations:

(1)      Implementing the following HIPAA requirements for any forms of Health Records and/or PHI that the State Educational Institution receives, maintains, or transmits on behalf of the State:

(a)      Administrative safeguards under 45 CFR § 164.308
(b)      Physical safeguards under 45 CFR § 164.310
(c)      Technical safeguards under 45 CFR § 164.312

(d)     Policies and procedures and documentation requirements under 45 CFR § 164.316;

(2)     Implementing a disaster recovery plan, as appropriate for work conducted for this Contract, which includes mechanisms to recover data and/or alternative data storage sites, as determined by the State to be necessary to uphold integral business functions in the event of an unforeseen disaster;

(3)     Not using or further disclosing Health Records and/or PHI other than as permitted or required by this Contract or by applicable law;

(4)     Immediately reporting to DCS' HIPAA Compliance Office any security and/or privacy breach directly relating to the work performed for this Contract of which the State Educational Institution becomes aware;

(5)     Mitigating, to the extent practicable, any harmful effect that is known to the State Educational Institution and immediately reporting to DCS' HIPAA Compliance Office any use or disclosure by the State Educational Institution, its agent, employees, subcontractors or third parties, of Health Records and/or PHI obtained under this Contract in a manner not provided for by this Contract or by applicable law of which the State Educational Institution becomes aware;

(6)     Ensuring that any subcontractors or agents to whom the State Educational Institution provides Health Records and/or PHI received from, or created or received by the State Educational Institution, subcontractors or agents on behalf of the State agree to the same restrictions, conditions and obligations applicable to such party regarding Health Records and/or PHI and agree to implement the required safeguards to protect it;

(7)     Making the State Educational Institution's internal practices, books and records related to the use or disclosure of Health Records and/or PHI received from, or created or received by the State Educational Institution on behalf of the State available to the State at its request or to the Secretary of the United States Department of Health and Human Services ("DHHS") for purposes of determining the State's compliance with applicable law. The State Educational Institution shall immediately notify DCS' HIPAA Compliance Office upon receipt by the State Educational Institution of any such request from the Secretary of DHHS or designee, and shall provide DCS' HIPAA Compliance Office with copies of any materials made available in response to such a request;

(8)     In accordance with procedures established by the State, making available the information required to provide an accounting of disclosures pursuant to applicable law, if the duties of the State Educational Institution include disclosures that must be accounted for;

(9)     Making available Health Records and/or PHI for amendment and incorporating any amendments to Health Records and/or PHI in accordance with 45 CFR § 164.526, if the State Educational Institution maintains Health Records and/or PHI subject to amendment;

(10)    Make Health Records and/or PHI available to individuals entitled to access and requesting access in compliance with 45 CFR § 164.524 and the duties of the State Educational Institution;

(11)    At the discretion of the State, authorizing termination of the Contract if the State Educational Institution has violated a material provision of this Section; and

(12)    At the termination of the Contract, the State Educational Institution shall return or destroy all Health Records and/or PHI received or created under the Contract. If the State determines return or destruction is not feasible, the protections in this Contract shall continue to be extended to any Health Records and/or PHI maintained by the State Educational Institution for as long as it is maintained.

C.    <u>Drug and Alcohol Patient Abuse Records</u>. In the performance of the services listed in this Contract, the State Educational Institution may have access to confidential information concerning the disclosure and use of alcohol and drug abuse patient records. The State Educational Institution understands and agrees that data, materials and information disclosed to the State Educational Institution may contain confidential and protected data, including confidential individual information concerning alcohol and drug abuse patient records. Therefore, the State Educational Institution promises and assures that any such confidential data, material, and information gathered or disclosed to the State Educational Institution for the purposes of this Contract and specifically identified as Confidential Information will not be disclosed or discussed with others without the prior written consent of the State. The State Educational Institution and the State shall comply with applicable requirements under 42 CFR Part 2 and any other applicable federal or state statutory or regulatory requirements. The State Educational Institution shall immediately report any unauthorized disclosures of these records to DCS' HIPAA Compliance Office.

**20.    Independent Contractor; Workers' Compensation Insurance**. The State Educational Institution is performing as an independent entity under this Contract. No part of this Contract shall be construed to represent the creation of an employment, agency, partnership or joint venture agreement between the parties. Neither party will assume liability for any injury (including death) to any persons, or damage to any property, arising out of the acts or omissions of the agents, employees or subcontractors of the other party. The State Educational Institution shall provide all necessary unemployment and workers' compensation insurance for the State Educational Institution's employees and the State Educational Institution shall provide the State with a Certificate of Insurance evidencing such coverage prior to starting work under this Contract.

**21.    Indiana Veteran Owned Small Business Enterprise Compliance**. Award of this Contract was based, in part, on the Indiana Veteran Owned Small Business Enterprise ("IVOSB") participation plan, as detailed in the IVOSB Subcontractor Commitment Form, commonly referred to as "Attachment A-1" in the procurement documentation and incorporated by reference herein. Therefore, any changes to this information during the Contract term must be approved by IDOA's Division of Supplier Diversity and may require an amendment. It is the State's expectation that the State Educational Institution will meet the subcontractor commitments during the Contract term. The following certified IVOSB subcontractor(s) will be participating in this Contract: **NONE**

| IVOSB | COMPANY NAME | PHONE | EMAIL OF CONTACT PERSON | PERCENT |
|-------|--------------|-------|-------------------------|---------|
| _N/A_ | | | | |

A copy of each subcontractor agreement must be submitted to the Division of Supplier Diversity within thirty (30) days of the effective date of this Contract. The subcontractor agreements may be uploaded into Pay Audit (Indiana's subcontractor payment auditing system), emailed to IndianaVeteransPreference@idoa.IN.gov, or mailed to IDOA, 402 W. Washington Street, Room W-462, Indianapolis, IN 46204. Failure to provide a copy of any subcontractor agreement may be deemed a violation of the rules governing IVOSB procurement and may result in sanctions allowable under 25 IAC 9-5-2. Requests for changes must be submitted to IndianaVeteransPreference@idoa.IN.gov for review and approval before changing the participation plan submitted in connection with this Contract.

The State Educational Institution shall report payments made to certified IVOSB subcontractors under this Contract on a monthly basis using Pay Audit. The State Educational Institution shall notify subcontractors that they must confirm payments received from the State Educational

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

Institution in Pay Audit. The Pay Audit system can be accessed on the IDOA webpage at: www.in.gov/idoa/mwbe/payaudit.htm. The State Educational Institution may also be required to report IVOSB certified subcontractor payments directly to the Division of Supplier Diversity, as reasonably requested and in the format required by the Division of Supplier Diversity.

The State Educational Institution's failure to comply with the provisions in this clause may be considered a material breach of the Contract.

**22.    Information Technology Enterprise Architecture Requirements.** If this Contract involves information technology-related products or services, the State Educational Institution agrees that all such products or services are compatible with any of the technology standards found at https://www.in.gov/iot/2394.htm that are applicable, including the assistive technology standard. The State may terminate this Contract for default if the terms of this paragraph are breached.

**23.    Minority and Women's Business Enterprises Compliance.** Award of this Contract was based, in part, on the Minority and/or Women's Business Enterprise ("MBE" and/or "WBE") participation plan as detailed in the Minority and Women's Business Enterprises Subcontractor Commitment Form, commonly referred to as "Attachment A" in the procurement documentation and incorporated by reference herein. Therefore, any changes to this information during the Contract term must be approved by Division of Supplier Diversity and may require an amendment. It is the State's expectation that the State Educational Institution will meet the subcontractor commitments during the Contract term.

The following Division of Supplier Diversity certified MBE and/or WBE subcontractors will be participating in this Contract: **NONE**

| MBE or WBE | COMPANY NAME | PHONE | EMAIL OF CONTACT PERSON | PERCENT |
|---|---|---|---|---|
| _N/A_ | | | | |

A copy of each subcontractor agreement must be submitted to the Division of Supplier Diversity within thirty (30) days of the effective date of this Contract. The subcontractor agreements may be uploaded into Pay Audit (Indiana's subcontractor payment auditing system), emailed to MWBECompliance@idoa.IN.gov, or mailed to Division of Supplier Diversity, 402 W. Washington Street, Room W-462, Indianapolis IN 46204. Failure to provide a copy of any subcontractor agreement may be deemed a violation of the rules governing MBE/WBE procurement and may result in sanctions allowable under 25 IAC 5-7-8. Requests for changes must be submitted to MWBECompliance@idoa.IN.gov for review and approval before changing the participation plan submitted in connection with this Contract.

The State Educational Institution shall report payments made to Division of Supplier Diversity certified subcontractors under this Contract on a monthly basis using Pay Audit. The State Educational Institution shall notify subcontractors that they must confirm payments received from the State Educational Institution in Pay Audit. The Pay Audit system can be accessed on the IDOA webpage at: www.in.gov/idoa/mwbe/payaudit.htm. The State Educational Institution may also be required to report Division of Supplier Diversity certified subcontractor payments directly to the Division, as reasonably requested and in the format required by the Division of Supplier Diversity.

The State Educational Institution's failure to comply with the provisions in this clause may be considered a material breach of the Contract.

**24.    Nondiscrimination.** Pursuant to the Indiana Civil Rights Law, specifically IC § 22-9-1-10, and in keeping with the purposes of the federal Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Americans with Disabilities Act, the State Educational Institution covenants that it shall not discriminate against any employee or applicant for employment relating to this Contract with respect to the hire, tenure, terms, conditions or privileges of employment or any matter directly or indirectly related to employment, because of the employee's or applicant's race, color, national origin, religion, sex, age, disability, ancestry, status as a veteran, or any other characteristic protected by federal, state, or local law ("Protected Characteristics"). Furthermore, State Educational Institution certifies compliance with applicable federal laws, regulations, and

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

executive orders prohibiting discrimination based on the Protected Characteristics in the provision of services. Breach of this paragraph may be regarded as a material breach of this Contract, but nothing in this paragraph shall be construed to imply or establish an employment relationship between the State and any applicant or employee of the State Educational Institution or any subcontractor.

The State Educational Institution understands that the State is a recipient of federal funds, and therefore, where applicable, the State Educational Institution and any subcontractors agree to comply with requisite affirmative action requirements, including reporting, pursuant to 41 CFR Chapter 60, as amended, and Section 202 of Executive Order 11246 as amended by Executive Order 13672, which are incorporated herein by specific reference.

**25.    Notice to Parties. [Modified]**

A.    Whenever any notice, statement or other communication is required under this Contract, it will be sent by E-mail or first-class U.S. mail service to the following addresses, unless otherwise specifically advised.

(1)    Notices to the State shall be sent to:

**Deputy Director of Child Welfare Services**
**Indiana Department of Child Services**
**302 W. Washington Street, E306-MS 47**
**Indianapolis, IN 46204**
**E-mail: ChildWelfarePlan@dcs.in.gov (or designated successor's email)**

(2) Notices to the State Educational Institution shall be sent to:

**Shannon Thompson, M.D.**
**Child Protection Programs**
**Indiana University School of Medicine**
**C/o Riley Hospital for Children**
**575 Riley Hospital Drive, Rm XE040**
**Indianapolis, Indiana 46202**
**E-mail: thompssl@iupui.edu**

**With a copy to:**

**Steven Allen Martin**
**Assistant Vice President of Research Administration**
**Office of Research Administration**
**509 E. 3rd Street**
**Bloomington, IN 47401-3654**
**E-mail: iuaward@iu.edu@**

B.    Notice of any change in the person or address to whom notices should be sent and/or e-mailed, as specified in paragraph A of this Section, shall be given to the other party in the manner provided in paragraph A of this Section.

C.    As required by IC § 4-13-2-14.8, payments to the State Educational Institution shall be made via electronic funds transfer in accordance with instructions filed by the State Educational Institution with the Indiana Auditor of State.

**26.    Payments and Fiscal Requirements. [Modified]**

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

A.      All payments shall be made in thirty-five (35) days in arrears in conformance with State fiscal policies and procedures and, as required by IC § 4-13-2-14.8, the direct deposit by electronic funds transfer to the financial institution designated by the Contractor in writing unless a specific waiver has been obtained from the Indiana Auditor of State. No payments will be made in advance of receipt of the goods or services that are the subject of this Contract except as permitted by IC § 4-13-2-20. If the Contractor prefers not to have any interest calculated on payments made by the State as permitted by Indiana law and referenced below in Section 45 [Penalties/Interest/Attorney's Fees], the Contractor may send a letter indicating such preference to the Indiana Auditor of State with a copy to DCS.

B.      The Contractor shall submit invoices/claim forms and all supporting documentation as may be required by DCS for payment pursuant to this Contract. DCS will notify the Contractor of any change in invoice/claim procedure, and the Contractor shall use whatever invoice/claim forms and documentation are required by DCS' then current procedure and shall submit the appropriate invoices/claim forms and documentation to DCS, as directed. Invoices/claim forms may be submitted monthly for services performed during the calendar month(s) preceding the date of the invoice. Payment will be due not later than thirty-five (35) days after the date Contractor's invoice is received by DCS, together with a properly prepared invoice/claim voucher and any required documentation as approved by DCS. However, the payment due date shall not apply to any invoice/claim that is disapproved or returned to the Contractor by DCS for revision or additional documentation, within thirty-five (35) days after the date it is received by DCS. The Contractor's invoice must be dated no earlier than the later of (a) the first date the Contractor is entitled to submit an invoice/claim for payment under the applicable provision of this Contract, or (b) one day before the date the invoice and accompanying claim documentation is delivered or mailed to DCS.

C.      An invoice will not be deemed to be properly prepared as required above in paragraph B if it is not received within ten (10) business days of the date included on the invoice (the "Invoice Date"). Any invoices submitted more than ten (10) business days after the Invoice Date will be deemed improperly prepared and will not be paid. DCS shall return such improperly prepared invoices to the Contractor for revision and such invoices must be resubmitted by the Contractor with a current Invoice Date in order to be processed for payment.

D.      A properly prepared invoice/claim must be submitted to DCS within ninety (60) calendar days after the date services are provided or costs incurred pursuant to this Contract. DCS may elect to deny payment of any invoices/claims that are not timely submitted as required in this paragraph. In the event the Contractor delays submitting a claim for which it expects third-party reimbursement, the Contractor may submit a written explanation to DCS as to why the claim was not timely submitted. If the claim was delayed because of billing Medicaid, Medicare, or private insurance for reimbursement that was denied, the explanation must include the specific reason(s) for denial. If DCS deems that such written explanation described above is satisfactory, DCS shall pay otherwise valid claims. In the event that Medicaid, Medicare or private insurance has denied reimbursement because the Contractor failed to provide adequate documentation for an otherwise reimbursable claim, DCS will only be liable to pay the amount it would have paid had Medicaid, Medicare, or private insurance approved the claim.

E.      Approval and payment of final invoices/claims will be conditioned upon receipt and approval of all State-required documentation. As State claiming or recordkeeping systems change, the Contractor may need to modify its systems to be compatible with State systems. The State will provide reasonable advance notice of any such changes.

F.      If the Contractor is being paid in advance for the maintenance of equipment software or a service as a subscription, then pursuant to IC § 4-13-2-20(b)(14), the Contractor agrees that if it fails to fully provide or perform under this Contract, upon receipt of written notice from the State, it shall promptly refund the consideration paid, pro-rated through the date of non-performance.

.

**27.    Renewal Option.** This Contract may be renewed under the same terms and conditions, subject to the approval of the Commissioner of the Department of Administration and the State Budget Director in compliance with IC § 5-22-17-4. The term of the renewed contract may not be longer than the term of the original Contract.

**28.    Severability.** The invalidity of any section, subsection, clause or provision of this Contract shall not affect the validity of the remaining sections, subsections, clauses or provisions of this Contract.

**29.    Taxes.** The State is exempt from state, federal and local taxes. The State will not be responsible for any taxes levied on the State Educational Institution as a result of this Contract.

**30.    Termination for Convenience.** This Contract may be terminated, in whole or in part, by the State, which shall include and is not limited to IDOA and the State Budget Agency whenever, for any reason, the State determines that such termination is in its best interest. Termination of services shall be effected by delivery to the State Educational Institution of a Termination Notice at least thirty (30) days prior to the termination effective date, specifying the extent to which performance of services under such termination becomes effective. The State Educational Institution shall be compensated for services properly rendered prior to the effective date of termination. The State will not be liable for services performed after the effective date of termination. The State Educational Institution shall be compensated for services herein provided but in no case shall total payment made to the State Educational Institution exceed the original contract price or shall any price increase be allowed on individual line items if canceled only in part prior to the original termination date. For the purposes of this paragraph, the parties stipulate and agree that IDOA shall be deemed to be a party to this Contract with authority to terminate the same for convenience when such termination is determined by the Commissioner of IDOA to be in the best interests of the State.

**31.    Termination for Default.**

A.    With the provision of thirty (30) days' notice to the State Educational Institution, the State may terminate this Contract in whole or in part if the State Educational Institution fails to:

    (1)    Correct or cure any breach of this Contract; the time to correct or cure the breach may be extended beyond thirty (30) days if the State determines progress is being made and the extension is agreed to by the parties;

    (2)    Deliver the supplies or perform the services within the time specified in this Contract or any extension;

    (3)    Make progress so as to endanger performance of this Contract; or

    (4)    Perform any of the other provisions of this Contract.

B.    If the State terminates this Contract in whole or in part, it may acquire, under the terms and in the manner the State considers appropriate, supplies or services similar to those terminated, and the State Educational Institution will be liable to the State for any excess costs for those supplies or services. However, the State Educational Institution shall continue the work not terminated.

C.    The State shall pay the contract price for completed supplies delivered and services accepted. The State Educational Institution and the State shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes clause. The State may withhold from these amounts any sum the State determines to be

necessary to protect the State against loss because of outstanding liens or claims of former lien holders.

D.       The rights and remedies of the State in this clause are in addition to any other rights and remedies provided by law or equity or under this Contract.

**32.      Travel.   [Modified]**

Except as specifically outlined above in Sections 1 and 2 and reiterated herein below, all expenses for travel (including transportation, mileage, per diem, and any other incidental expenses) of the State Educational Institution or any of its employees, in relation to the provision or performance of any services described in this Contract, are included in the monthly Base Contract Price as described in Sections 1 and 2.  The only exception to the above are travel costs that the State Educational Institution incurs when it is providing any Hourly Appearance Testimony for any PEDS Case, which shall be billed separately to DCS at the rate of **$300/hour**.

**33.      Waiver of Rights.**  No right conferred on either party under this Contract shall be deemed waived, and no breach of this Contract excused, unless such waiver is in writing and signed by the party claimed to have waived such right

**34.      Work Standards.**  The State Educational Institution shall execute its responsibilities by following and applying at all times the highest professional and technical guidelines and standards. If the State becomes dissatisfied with the work product of or the working relationship with those individuals assigned to work on this Contract, the State may request in writing the replacement of any or all such individuals.

**35.      Assignment of Antitrust Claims. [Added]**
As part of the consideration for the award of this Contract, the State Educational Institution assigns to the State all right, title and interest in and to any claims the State Educational Institution now has, or may acquire, under state or federal antitrust laws relating to the products or services which are the subject of this Contract.

**36.      Changes in Work. [Added]**

In the event the State requires a major change in the scope, character or complexity of the work after the project as described in Section 1 of this Contract has progressed, adjustments in compensation to the State Educational Institution shall be determined by the parties in the exercise of their honest and reasonable judgment.  However, the State Educational Institution shall not commence any additional work or change the scope of the work until authorized in writing by the State.   The State Educational Institution shall make no claim for additional compensation in the absence of prior written approval and amendment executed by all signatories hereto.  With the exception of the modification procedures set forth in Section 43 of this Contract, this Contract may only be amended, supplemented, or modified by a written document executed in the same manner as this Contract.

**37.      Continuity of Services.  [Added]**

A.       The Contractor recognizes that the service(s) to be performed under this Contract are vital to the State and must be continued without interruption and that, upon Contract expiration or termination, a successor, either the State or another contractor, may continue them.   The Contractor agrees to:

(1)      Furnish phase-in training; and

(2)      Exercise its best efforts and cooperation to effect an orderly and efficient transition to a successor.

B.    The Contractor shall, upon the State's written notice:

(1)    Furnish phase-in, phase-out services for up to sixty (60) days after this Contract expires; and

(2)    Negotiate in good faith a plan with a successor to determine the nature and extent of phase-in, phase-out services required. The plan shall specify a training program and a date for transferring responsibilities for each division of work described in the plan, and shall be subject to the State's approval. The Contractor shall provide sufficient experienced personnel during the phase-in, phase-out period to ensure that the services called for by this Contract are maintained at the required level of proficiency.

C.    The Contractor shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by this Contract. The Contractor also shall disclose necessary personnel records and allow the successor to conduct on-site interviews with these employees. If selected employees are agreeable to the change, the Contractor shall release them at a mutually agreeable date and negotiate transfer of their earned fringe benefits to the successor.

D.    The Contractor shall be reimbursed for all reasonable phase-in, phase-out costs (i.e., costs incurred within the agreed period after contract expiration or termination that result from phase-in, phase-out operations).

## 38.    Criminal and Background Checks. [Added]

To ensure Contractor remains in compliance with the Contract, Contractor shall be responsible for modifying its practices to comply with all applicable federal and state laws, administrative letters, DCS Policies 13.03 and 13.04, which includes, but are not limited to the following:

A.    This Section applies to all directors/chief executive officers, facility managers, licensing applicants and other heads of agencies, by whatever title, and each employee or volunteer (including interns) of the Contractor or any subcontractor or subcontractor's employee who performs any service or activity pursuant to this Contract ("Covered Personnel"). The Contractor (referred to in this Section as Provider) shall be responsible for performing and ensuring Covered Personnel undergo all checks of local criminal records and backgrounds required by law, this Contract, Administrative Letter, and applicable DCS policies found at https://www.in.gov/dcs/2354.htm (or successor website) ("Required Checks"). Any person who might serve as a substitute for a Covered Personnel position, even in emergency circumstances, shall undergo the Required Checks for that position. All Required Checks must be completed and all outstanding issues resolved *prior* to the Covered Personnel commencing contractual duties. The Provider has an ongoing obligation to conduct Required Checks for employees, volunteers, interns, subcontractors, and subcontractor's employees who join the Provider or subcontractor(s) after this Contract begins. Such persons may not provide any services that involve children or their records before the requisite checks have been completed and all outstanding issues resolved.

B.    The Required Checks will be conducted in the same manner as required in accordance with IC § 31-27-3-3, Subsections (e)(1) and (f) for licensed residential child caring institutions, with respect to IC § 31-27-3-4, Subsections (e)(1) and (f) for group homes. As applicable laws and DCS' policies and practices are updated periodically, the Provider shall comply with the most current laws and DCS' policies. Upon written request, DCS will furnish the Provider with information on updates and any changes in policy or procedure.

C.    The Provider shall maintain records of information it gathers and receives on Covered Personnel checked pursuant to this Section, and such records shall be provided to the DCS or be made available for inspection by authorized representatives of the DCS upon request.

D.    At the time the Contractor submits this Contract for signature, and annually upon the anniversary of the effective date of this Contract, the Provider shall collect, verify, and make available to the DCS all documentation demonstrating the Required Checks of Covered Personnel have been completed and are compliant with the then-existing law and DCS policy. The Provider shall furnish any documentation related to these Required Checks as DCS requests.

E.    In order to allow DCS to evaluate the results and to make determinations regarding qualifications, national fingerprint-based criminal history checks relating to Covered Personnel are required to be conducted through DCS' approved fingerprint vendor in accordance with the terms and conditions stated in IC §§ 10-13-3-38.5 and 39. The results of the national fingerprint-based criminal history checks will be returned to DCS as an authorized entity to receive the results. DCS will inform the Provider whether the report it receives concerning the subject of a check shows any record that would be grounds for denial of his/her ability to provide services and/or perform activities pursuant to this Contract. If any Covered Personnel receive a response of conditionally disqualified or disqualified, further follow up is required. If the result is disqualified, then the individual may be eligible for a waiver. The Provider should contact the DCS' background check unit to determine if the individual is eligible and to apply for the waiver. DCS will not release to the Provider any criminal history record information ("CHRI") contained in any report that it receives from the Federal Bureau of Investigation ("FBI") through the Indiana State Police ("ISP"). If the Provider requests a waiver of criminal history, DCS will inform the Provider of the decision on the waiver request.

F.    In the event a criminal history or background check required herein produces any record concerning the subject of a check that would be a ground for denial of his or her ability to provide services and/or perform activities pursuant to this Contract and the Provider chooses to retain such employee or volunteer, that decision may be considered a material breach of this Contract.

G.    The Provider will be responsible for payment of all fees required to be paid for conducting any check required under this Section, whether the check is conducted by the Provider or by DCS. Any fees paid by DCS on behalf of the Provider may be offset against any claim for payment submitted by the Provider under this Contract."

## 39.    Delivery of Documents, Files, Data, Studies or Reports to the State Upon Termination or Expiration of this Contract. [Added]

Upon expiration or termination of this Contract, all documents, files, data, studies or reports prepared by the Contractor or any subcontractor pursuant to this Contract, and any supplies purchased by the Contractor or any subcontractor with funds received through this Contract, shall be delivered to the State. The State may require the transfer of records, documents, or supplies to its own offices or to a designated successor.

## 40.    Drug-Free Workplace Certification. [Added]

As required by Executive Order No. 90-5 dated April 12, 1990, issued by the Governor of Indiana, the Contractor hereby covenants and agrees to make a good faith effort to provide and maintain a drug-free workplace. The Contractor will give written notice to the State within ten (10) days after receiving actual notice that the Contractor, or an employee of the Contractor in the State of Indiana, has been convicted of a criminal drug violation occurring in the workplace. False

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

certification or violation of this certification may result in sanctions including, but not limited to, suspension of Contract payments, termination of this Contract and/or debarment of contracting opportunities with the State of Indiana for up to three (3) years.

In addition to the provisions of the above paragraph, if the total amount set forth in this Contract is in excess of $25,000.00, the Contractor certifies and agrees that it will provide a drug-free workplace by:

A.    Publishing and providing to all of its employees a statement notifying them that the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance is prohibited in the Contractor's workplace, and specifying the actions that will be taken against employees for violations of such prohibition;

B.    Establishing a drug-free awareness program to inform its employees of (1) the dangers of drug abuse in the workplace; (2) the Contractor's policy of maintaining a drug-free workplace; (3) any available drug counseling, rehabilitation and employee assistance programs; and (4) the penalties that may be imposed upon an employee for drug abuse violations occurring in the workplace;

C.    Notifying all employees in the statement required by subparagraph A above that as a condition of continued employment, the employee will (1) abide by the terms of the statement; and (2) notify the Contractor of any criminal drug statute conviction for a violation occurring in the workplace no later than five (5) days after such conviction;

D.    Notifying the State in writing within ten (10) days after receiving notice from an employee under subdivision C(2) above, or otherwise receiving actual notice of such conviction;

E.    Within thirty (30) days after receiving notice under subdivision C(2) above of a conviction, imposing the following sanctions or remedial measures on any employee who is convicted of drug abuse violations occurring in the workplace: (1) taking appropriate personnel action against the employee, up to and including termination; or (2) requiring such employee to satisfactorily participate in a drug abuse assistance or rehabilitation program approved for such purposes by a federal, state or local health, law enforcement, or other appropriate agency; and

F.    Making a good faith effort to maintain a drug-free workplace through the implementation of subparagraphs A through E above.

**41.    Lobbying Activities. [Added]**

A.    Pursuant to 31 U.S.C. § 1352, and any regulations promulgated thereunder, the Contractor hereby assures and certifies, to the best of its knowledge and belief, that no federally appropriated funds have been paid, or will be paid, by or on behalf of the Contractor, to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress, in connection with the awarding of any federal contract, the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any federal contract, grant, loan or cooperative agreement.

B.    If any funds other than federally appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Contract, the Contractor shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying". If the Contractor is required to submit Standard Form-LLL, the form and instructions for preparation of the form may be obtained from the State.

C.    The Contractor shall require that the language of this certification be included in any subcontracts and that all subcontractors shall certify and disclose accordingly.

D.      The foregoing certification is a material representation of fact upon which reliance was or will be placed when entering into this Contract and any transactions with the State.  Submission of this certification is a prerequisite for making or entering into any transaction as imposed by 31 U.S.C. § 1352. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000.00 and not more than $100,000.00 for each such failure.

**42.     Licensing Standards. [Added]**

A.      The Contractor, its employees and subcontractors shall comply with all applicable licensing standards, certification standards, accrediting standards and any other laws, rules, or regulations governing services to be provided by the Contractor pursuant to this Contract. The State will not pay the Contractor for any services performed when the Contractor, its employees or subcontractors are not in compliance with such required and applicable standards, laws, rules, or regulations. If any required license, certification or accreditation expires or is revoked, or any disciplinary action is taken against an applicable required license, certification, or accreditation, the Contractor shall notify the State immediately and the State, at its option, may immediately terminate this Contract, provided; however, if this Contract is terminated based on a license revocation or other disciplinary action that is reversed or overturned on appeal, this Contract will be immediately reinstated by the State. This paragraph shall not apply to any voluntary accreditation that the Contractor chooses to maintain. If accreditation is not required for the Contractor, noncompliance with voluntary accreditation standards shall not constitute grounds for nonpayment, revocation, or any other disciplinary actions outlined in this Section.

B.      If the required license of any of the Contractor's employees or subcontractors expires or is revoked, the Contractor will immediately prohibit such employee or subcontractor from providing any services that are subject to this Contract, unless the employee or subcontractor is granted a provisional license or is otherwise authorized to continue to provide services. The State may, at its option, terminate this Contract if the Contractor fails to comply with this requirement.

**43.     Merger & Modification [Added]**

A.      Except as otherwise set forth in this Section below, this Contract constitutes the entire agreement between the parties and no understandings, agreements, or representations, oral or written, not specified within this Contract will be valid provisions of this Contract.

B.      The parties agree that due to the uncertain availability of state and/or federal appropriated funds and/or the possibility of a need for a reduction in the services provided pursuant to this Contract, the total consideration payable by the State as specified in Section 2 of this Contract may be unilaterally decreased by the State, with a corresponding reduction in the State Educational Institution's duties and responsibilities, immediately upon the State Educational Institution's receipt of written notice.  Such written notice shall be delivered to the State Educational Institution at the address(es) specified in Subsection 25.A.(2) of this Contract via both regular U.S. mail and e-mail. This paragraph does not affect any right of the State Educational Institution to payment for services performed before receipt of such written notice.

C.      The State may conduct periodic reviews of the anticipated utilization of funds provided by the State pursuant to this Contract.  After such a review, the State may decide to reduce or redistribute the funding available to the State Educational Institution pursuant to this Contract.  The State shall give ten (10) calendar days written notice of its decision to reduce or redistribute the funding available to the State Educational Institution, which notice shall include a statement of the reasons for such modification.

D.      Should the State (on its own or after it considers a request of the State Educational Institution) determine that any billable unit, service component, or any of the budgeted

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

amounts for any service or cost component require(s) modification, such changes shall
not require the execution of a formal amendment to this Contract, but may be
accomplished by written notice from the State to the State Educational Institution.

E.    As long as the modifications described above in paragraphs B, C, and D of this Section
do not increase the total remuneration amount specified in Subsection 2(F), such
modifications may be accomplished by letter of notification from the State to the State
Educational Institution without the necessity for a formal contract amendment. However,
any modifications to this Contract that would increase the total remuneration amount of
this Contract shall require the execution of a formal amendment to this Contract, signed
by all necessary parties.

F.    With the exception of the modification procedures permitted pursuant to paragraphs B, C,
D, and E of this Section, this Contract may not be modified, supplemented, or amended,
except by written agreement signed by all necessary parties. Nothing herein shall be
construed as a commitment to execute future agreements with the State Educational
Institution or to extend this Contract in any way.

**44.    Order of Precedence; Incorporation by Reference. [Added]**

Any inconsistency or ambiguity in this Contract shall be resolved by giving precedence in the
following order: (1) this Contract; (2) any written notices given by the State to the State
Educational Institution (including any attachments thereto) pursuant to Section 43 of this
Contract; (3) any attachment or exhibit prepared by the State; and (4) any attachment or exhibit
prepared by the Contractor. All attachments, and all documents referred to in this paragraph, are
hereby incorporated fully by reference.

**45.    Penalties/Interest/Attorney's Fees. [Added]**

The State will in good faith perform its required obligations hereunder and does not agree to pay
any penalties, liquidated damages, interest or attorney's fees, except as permitted by Indiana law,
in part, IC § 5-17-5, IC § 34-54-8, IC § 34-13-1 and IC § 34-52-2.

Notwithstanding the provisions contained in IC § 5-17-5, any liability resulting from the State's
failure to make prompt payment shall be based solely on the amount of funding originating from
the State and shall not be based on funding from federal or other sources.

**46.    Progress Reports. [Added]**

The Contractor shall submit progress reports to the State upon request. The report shall be oral,
unless the State, upon receipt of the oral report, should deem it necessary to have it in written
form. The progress reports shall serve the purpose of assuring the State that work is progressing
in line with the schedule, and that completion can be reasonably assured on the scheduled date.

**47.    Public Record. [Added]**

The Contractor acknowledges that the State will not treat this Contract as containing confidential
information, and the State will post this Contract on the transparency portal as required by
Executive Order 05-07 and IC § 5-14-3.5-2. Use by the public of the information contained in this
Contract shall not be considered an act of the State.

**48.    State Boilerplate Affirmation Clause.** The State Educational Institution affirms under
the penalties of perjury that it has not altered, modified, changed or deleted the State's standard
contract clauses (as contained in the *2022 SCM Template*) in any way except as follows:

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

| | |
|---|---|
| Section 6 | Assignment; Successors; and Subcontracting – modified; |
| Section 9 | Compliance with Laws – modified; |
| Section 10 | Confidentiality of Data, Property Rights in Products, Copyright Prohibition and Ownership of Documents and Materials – modified; |
| Section 12 | Debarment and Suspension – modified; |
| Section 14 | Disputes – modified; |
| Section 19 | HIPAA Compliance - modified; |
| Section 25 | Notice to Parties – modified; |
| Section 26 | Payments and Fiscal Requirements –Modified; |
| Section 32 | Travel – modified; |
| Section 35 | Assignment of Antitrust Claims – added; |
| Section 36 | Changes in Work – added; |
| Section 37 | Continuity of Services – added; |
| Section 38 | Criminal and Background Checks – added; |
| Section 39 | Delivery of Documents, Files, Data, Studies or Reports to the State Upon Termination or Expiration of this Contract – added; |
| Section 40 | Drug-Free Workplace Certification – added; |
| Section 41 | Lobbying Activities – added; |
| Section 42 | Licensing Standards – added; |
| Section 43 | Merger & Modification – added; |
| Section 44 | Order of Precedence; Incorporation by Reference – added; |
| Section 45 | Penalties/Interest/Attorney's Fees – added; |
| Section 46 | Progress Reports – added; and |
| Section 47 | Public Record – added. |

**THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK.**

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

## Non-Collusion and Acceptance

The undersigned attests, subject to the penalties for perjury, that the undersigned is the Contractor, or that the undersigned is the properly authorized representative, agent, member or officer of the Contractor. Further, to the undersigned's knowledge, neither the undersigned nor any other member, employee, representative, agent or officer of the Contractor, directly or indirectly, has entered into or been offered any sum of money or other consideration for the execution of this Contract other than that which appears upon the face hereof. **Furthermore, if the undersigned has knowledge that a state officer, employee, or special state appointee, as those terms are defined in IC § 4-2-6-1, has a financial interest in the Contract, the Contractor attests to compliance with the disclosure requirements in IC § 4-2-6-10.5.**

Agreement to Use Electronic Signatures

I agree, and it is my intent, to sign this Contract by accessing State of Indiana Supplier Portal using the secure password assigned to me and by electronically submitting this Contract to the State of Indiana. I understand that my signing and submitting this Contract in this fashion is the legal equivalent of having placed my handwritten signature on the submitted Contract and this affirmation. I understand and agree that by electronically signing and submitting this Contract in this fashion I am affirming to the truth of the information contained therein. I understand that this Contract will not become binding on the State until it has been approved by the Department of Administration, the State Budget Agency, and the Office of the Attorney General, which approvals will be posted on the Active Contracts Database: https://secure.in.gov/apps/idoa/contractsearch/

**In Witness Whereof,** the Contractor and the State have, through their duly authorized representatives, entered into this Contract. The parties, having read and understood the foregoing terms of this Contract, do by their respective signatures dated below agree to the terms thereof.

Indiana University

By: *Katie R. Sheean*
—FBF58B4938B5404...

Title: Senior Contract Officer

Date: 7/7/2022  |  14:33 EDT

Indiana Department of Child Services.

By: *Terry Stigdon*
—4FF6CE15E1DC4D5...

Title: Executive Director

Date: 7/7/2022  |  14:57 EDT

| Electronically Approved by:<br>Department of Administration<br><br>By:                       (for)<br>Rebecca Holwerda, Commissioner | |
|---|---|
| Electronically Approved by:<br>State Budget Agency<br><br>By:                       (for)<br>Zachary Q. Jackson, Director | Electronically Approved as to Form and Legality by:<br>Office of the Attorney General<br><br>By:                       (for)<br>Theodore E Rokita, Attorney General |

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

**Exhibit 1**

**SAMPLE**

**INDIANA DEPARTMENT OF CHILD SERVICES (DCS)**

**Docs INCASE PHYSICIAN AGREEMENT**

I, _____, have been selected by the Indiana Department of Child Services (DCS) and Indiana University ("IU"), as authorized and contemplated in the Pediatric Evaluation and Diagnosis Program Contract between the State of Indiana and Indiana University (Contract #00000000000000000063964) (hereinafter referred to as "PEDS Contract"), as one of the Docs INCASE (medical doctors in Indiana that shall provide and be paid for certain medical evaluation and related services to DCS as described in more detail below and in Subsections 1(C) and (D) of the attached PEDS Contract, which is hereby incorporated herein). If I previously executed a Docs INCASE Physician Agreement, I hereby rescind such previous agreement.

       Pursuant to the PEDS Contract, once I have executed this agreement with DCS, I shall be entitled to attend and/or review any of the trainings, live presentations, and/or online webinars provided by the Contractor pursuant to Section 1(C) of the PEDs Contract and, in particular, shall also receive the more-intensive trainings, quarterly educational program, case review, and tertiary center services described in subparagraph I.C.(2)(a) of the PEDS Contract.

       In consideration of DCS and IU choosing me and allowing me to receive such above described education, training, and related services, I select to receive: [select one (1) of the following options by initialing on the adjacent line]

       _____ monthly consideration of $1,250.00 per month paid by DCS to Indiana University as set forth in subparagraph 2.A.(3)(a) of the PEDS Contract; I understand and agree that I shall be available to DCS and shall provide DCS with local expertise across the state of Indiana for at least an average of three (3) to four (4) hours per calendar week for medical evaluation, staffing cases, teaching, testifying, and related services as described in more detail in **Exhibit 2** to the PEDS Contract.

OR

Page 1 of 2

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

_____ monthly consideration of $625.00 per month paid by DCS to Indiana University as set forth in subparagraph 2.A.(3)(a) of the PEDS Contract; I understand and agree that I shall be available to DCS and shall provide DCS with local expertise across the state of Indiana for at least an average of two (2) hours per calendar week for medical evaluation, staffing cases, teaching, testifying, and related services as described in more detail in **Exhibit 2** to the PEDS Contract.

I also hereby agree and acknowledge that not only am I bound by all applicable medical confidentiality rules, but I also understand and agree that any and all information concerning or acquired during the services I provide to DCS pursuant to the PEDS Contract and this agreement, including any information related to juvenile court cases or proceedings, any particular children or their families, or any other individuals or businesses ("Information") is CONFIDENTIAL under Indiana law, the PEDS Contract, and the terms of this agreement. I agree that I will not discuss or otherwise disclose any such Information to anyone except an employee or authorized representative of DCS who is bound by the same confidentiality terms as those in this agreement. I also agree that a purpose of this agreement is to protect both DCS and anyone who is the subject of Information from disclosures contrary to the terms of this agreement. I agree that violation of this agreement may support a claim for damages against me. I also understand that any unauthorized disclosure of confidential information may constitute a criminal act for which I may be prosecuted.

DATE: _____

SIGNATURE: _____

NAME PRINTED: _____

Page 2 of 2

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

**Exhibit 2**

**INDIANA DEPARTMENT OF CHILD SERVICES (DCS)**
**STATEMENT OF WORK**
**FOR**
**Docs INCASE PHYSICIAN**

All of the Docs INCASE Physicians selected by the Indiana Department of Child Services ("DCS") and Indiana University ("Contractor"), as authorized and contemplated in the Pediatric Evaluation and Diagnosis Program Contract ("PEDS Contract") between the State of Indiana and Indiana University (Contract #0000000000000000000063964), shall provide the following services to DCS for the monthly consideration of $1,250.00 or $625.00 paid by DCS to the Contractor with the Contractor forwarding such payment directly to such Docs INCASE (medical doctors in Indiana that shall provide and be paid for certain medical evaluation and related services to DCS as described in Subsections 1(C) and 1(D) of the attached PEDS Contract, which is hereby incorporated by reference) on a monthly basis:

Monthly consideration of $1,250.00 will be paid to Docs INCASE Physicians having executed an Indiana Department of Child Services Docs INCASE Physician Agreement and providing at least an average of three (3) to four (4) hours per calendar week, as needed (which shall be determined at DCS' discretion), for the following services or related services as determined at DCS' discretion:

- Medical evaluation;
- Patient evaluation;
- Telephone consultation;
- Staffing cases;
- Teaching;
- Testifying/Testimony;
- Participate in Child Protection Team (CPT) and/or Child Fatality Review Team (CFRT);
- Participate in encouraging local medical education efforts regarding child abuse and related topics;

**Page 1 of 2**

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

- Participate in education programs and case reviews with Indiana University Child Protection Program (IUCPP); or
- Provide formal case reviews/written reports for PEDS Cases, as needed.

Monthly consideration of $625.00 will be paid to Docs INCASE Physicians having executed an Indiana Department of Child Services Docs INCASE Physician Agreement and providing at least an average of two (2) hours per calendar week for the following services or related services as determined at DCS' discretion:

- Medical evaluation;
- Patient evaluation;
- Telephone consultation;
- Staffing cases;
- Teaching;
- Testifying/Testimony;
- Participate in Child Protection Team (CPT) and/or Child Fatality Review Team (CFRT);
- Participate in encouraging local medical education efforts regarding child abuse and related topics;
- Participate in education programs and case reviews with Indiana University Child Protection Program (IUCPP); or
- Provide formal case reviews/written reports for PEDS Cases, as needed.

Page 2 of 2

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A



## Exhibit 3
## Foster Care Bridge Clinic Proposal

The Child Protection Program at Indiana University Medical Center (IUCPP) includes multi-disciplinary clinical services and professional education to improve the evaluation and care of maltreated children in Indianapolis and other Indiana communities.  The Child Protection Program is a leader in the community and state in providing comprehensive medical evaluations for suspected abuse and neglect victims and promoting community collaboration in the evaluation process.  The program, founded in 1985, currently offers clinical evaluation of suspected victims of child abuse in an inpatient setting as well as outpatient setting in the form of sexual abuse and physical abuse assessment clinics; crisis counseling services and trauma focused behavioral therapy; professional consultation for health care providers, child protection services, law enforcement officers or other professionals; expert testimony in legal settings; professional education; and parent education and leadership in identifying and solving community issues dealing with child abuse and prevention.

In 2019, The Child Protection Program further expanded clinical services to include the provision of much needed transitional multi-disciplinary and trauma-informed comprehensive medical care to children entering the foster care system (including kinship care) in Indiana, bridging the gap in medical care and enhancing the use of a medical home.

BACKGROUND:
According to the US Department of Health and Human Services AFCARS Report (Adoption and Foster Care Analysis and Reporting System) for FY 2020, 407,493 children were living in foster care in the United States and 216,838 children entered foster care.  These children were placed in temporary protective custody by Children's Services and living in formal out of home placements that include relative and licensed nonrelative foster caregivers.  Child maltreatment including neglect, physical abuse, and sexual abuse accounts for 80% of foster placements.  The mean age of children living in foster care was 7.1 years with 30% of these children being </= 3 years of age.  The mean age of children entering foster care was 7.2 years with 39% of these children being </= 3 years of age.  In FY 2019 in the state of Indiana, 16,307 children were living in foster care, with ~31% </=3 years of age.



Riley Hospital for Children at IU Health
IU Child Protection Programs
705 Riley Hospital Drive, Suite 3038C
Indianapolis, IN 46202

T 317.274.2617 F 317.278.2587

iuhealth.org/riley

*A member of IU Health Physicians*

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

The goal of placing children in foster care is to provide them with safe, stable, nurturing environments as most of these children have not only been exposed to significant levels of violence but also multiple caregivers even prior to being placed in foster care which limits their ability to form attachments. Additionally, rooted in their complex trauma histories, these children often have limited health care access and unmet health needs defined as medical, mental health, developmental, educational, oral, and psychosocial well-being. Overall, 30-80% of children enter the foster care system with at least 1 medical problem and 1/3 have a chronic medical condition. Up to 80% of children and adolescents enter foster care with a significant mental health need. Near 40% of children have significant oral health issues. Approximately 60% of children <5y of age have developmental health issues, and more than 40% of school-aged children have educational difficulties. Essentially all children in foster care have psychosocial issues related to family dysfunction. All of these issues compound to significantly adversely affect the health and well-being of these children well into adulthood.

PROBLEM:
When children enter foster care there is often a significant lack of communication and awareness of the child's medical, developmental, and mental health needs. There are a number of confounding factors that act as barriers when attempting to procure the appropriate health care for this population. Providing health care for traumatized children is challenging and time consuming. Additionally, care coordination is very difficult due to the transient nature of this population and the profound challenges in gathering appropriate and complete medical history from caregivers and prior medical practices. Often there are inadequate resources available for these children due to limitations in workforce, systems, and funding. As Medicaid is the primary health care coverage for these children, often limits are placed on subspecialty, dental, and mental health care services.

PROPOSAL:
In answer to the tiered issues that face the youngest children in foster care and their families, the Child Protection Program will provide a multi-disciplinary clinic to act as a bridge in providing trauma-informed comprehensive holistic health care and acquisition of appropriate resources for children entering and making transitions within the foster care system in Marion County Indiana until a permanent medical home is identified.

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

In accordance with AAP recommendations (Council on Foster Care, Adoption and Kinship Care and Committee on Adolescence, and Council on Early Childhood, 2015) FCBC provides:

- Coordination of care with the collection of health information and medical records and comprehensive health care visits with thorough physical and access to dental examinations
- Appropriate laboratory evaluation, hearing and vision screening, developmental screening, mental health screening, SDOH, and safety screening
- Education of parents (foster, biologic or kinship care) regarding the needs of children in foster care (medical, developmental, dental, behavioral and mental health)
- Communication with the identified medical home provider, subspecialist medical providers, family case manager and community partners to further enhance the coordinated care and follow-up for the child

This is all typically accomplished in 1-3 visits.

The Foster Care Bridge Clinic serves all four offices in Marion County children 0-6 years of age and their siblings up to 9y depending on their needs; and has served several children in outside counties with complex needs identified through the PEDS program.  We hope to expand to a Safe Babies Court Team in Johnson County if we are successful in receiving federal grant support that has already been submitted.

The program will:
- Continue to provide trauma-informed holistic comprehensive health care to Marion County Children 0-6y and their siblings up to age 9y, newly placed or transitioned in the foster care system.
- Strive to see newly placed children for comprehensive medical assessments within 30 days of their placement.
- Expand efforts to facilitate a foster parent support group for interested FCBC foster parents.
- Complete project surrounding education around ACE's and provide trauma informed resilience building educational materials to families by Summer 2023.
- Continue to advance data management for program evaluation through RedCap.
- Continue to offer trauma-informed education to DCS with goal of extension outside of Marion County.

DocuSign Envelope ID: 17479F1D-014C-4057-9B0B-5A5B19E95A7A

- Continue to grow and establish more community partnerships with child and family serving organizations.

The following partners collaborate to serve FCBC children and their families including:

- Indiana Department of Child Services
- Marion County Juvenile Court
- Riley Child Developmental Medicine
- IU School of Dentistry
- Anthem Health Foundation
- Choices Integrated Care Coordination
- Child Advocates, Inc. CASA/GAL (Guardian ad litem)
- Child Advocates, Inc. Educational Liaison
- Kids' Voice CASA/GAL
- Kids' Voice Educational Liaison
- IUSOM RHC/IUH Department of Pediatrics
- Riley Outpatient Pharmacy
- Women for Riley Foundation
- The Hoover Foundation
- The Riley Philanthropic Council
- The Bowen Center
- Hands of Hope Care Communities: Traders Point Church, iTown Church
- Child Care Answers

<u>NEEDS</u>:
Funds are needed to support the ongoing planning and care coordination services. The level of care coordination with DCS, medical providers, courts, community service providers, primary and subspecialty medical providers and parents (bio, kinship, foster) is extraordinary and requires dedicated time and personnel beyond the usual medical service provider.

Key Personnel include Drs. Shannon Thompson, Ralph Hicks and Holly Robinson. Support is necessary for nursing, social work, medical assistant and the CHOICES community coordinator.

The support requested is for the consultation, communication, coordination, and compilation of information that go beyond the direct medical care that is provided. Funding is not used to provide the actual billable medical or mental health services. Personnel and minimal office supplies are budgeted at $220,201 for year one and $232,074 for year two (cost of living adjustments).

DocuSign Envelope ID: 68ADC313-0ADA-4D03-B780-5BCC850FBB98

## AMENDMENT #1

## CONTRACT #00000000000000000000063964

This is the First Amendment ("Amendment #1") to the Contract (the "Contract") entered into by and between the Indiana Department of Child Services (the "DCS" and "State") Indiana University ("State Educational Institution" or "Contractor") approved by the last State signatory on July 14, 2022.

In consideration of the mutual undertakings and covenants hereinafter set forth, the parties agree as follows:

1.  <u>Purpose</u>.  The purpose of this Amendment #1 is to: (a) correct a scrivener's error in Subsection 26.D. of the Contract; (b) address Section 21 [Indiana Veteran Owned Small Business Enterprise Compliance] of the Contract as required; and (c) address Section 23 [Minority and Women's Business Enterprises Compliance] of the Contract as required.

2.  <u>Section 26</u>.  The first sentence of Subsection D. of Section 26 [Payments and Fiscal Requirements] of the Contract is deleted in its entirety and replaced with the following:

    "D.      A properly prepared invoice/claim must be submitted to DCS within ninety (90) calendar days after the date services are provided or costs incurred pursuant to this Contract."

3.  <u>Section 21</u>.  Indiana Veteran Owned Small Business Enterprise Compliance. As required by 25 IAC 9-4-1(b), the following certified IVOSB subcontractors will be participating in this Contract during the extension period. This participation represents an increase of 0% above the original IVOSB commitment. **N/A**

    

    IVOSB      COMPANY NAME    PHONE EMAIL OF CONTACT PERSON    PERCENT
    __None_____
    Briefly describe the IVOSB service(s)/product(s) to be provided under this Amendment and include the estimated date(s) for utilization during the extension period:
    __None_____
    A copy of each subcontractor agreement must be submitted to IDOA's Division of Supplier Diversity within thirty (30) days of the effective date of this Amendment. The subcontractor agreements may be uploaded into Pay Audit (Indiana's subcontractor payment auditing system), emailed to IndianaVeteransPreference@idoa.IN.gov, or mailed to IDOA, 402 W. Washington Street, Room W-462, Indianapolis, IN 46204. Failure to provide a copy of any subcontractor agreement may be deemed a violation of the rules governing IVOSB procurement and may result in sanctions allowable under 25 IAC 9-5-2. Requests for changes must be submitted to IndianaVeteransPreference@idoa.IN.gov for review and approval before changing the participation plan submitted in connection with this Amendment.

    The Contractor shall report payments made to certified IVOSB subcontractors under this Contract on a monthly basis using Pay Audit. The Contractor shall notify subcontractors that they must confirm payments received from Contractor in Pay Audit. The Pay Audit system can be accessed on the IDOA webpage at: www.in.gov/idoa/mwbe/payaudit.htm. The Contractor may also be required to report IVOSB certified subcontractor payments directly to the Division of Supplier Diversity, as reasonably requested and in the format required by the Division of Supplier Diversity.

    The Contractor's failure to comply with the provisions in this clause may be considered a material breach of the Contract.

DocuSign Envelope ID: 68ADC313-0ADA-4D03-B780-5BCC850FBB98

4. <u>Section 23</u>. Minority and Women's Business Enterprises Compliance. As required by 25 IAC 5-6-2(b), the following Division certified MBE or WBE subcontractor(s) will be participating in this Contract during the extension period. This participation represents an increase of 0% above the original MBE and/or WBE commitment. **N/A**

MBE or WBE COMPANY NAME PHONE  EMAIL OF CONTACT PERSON   PERCENT __None_____

Briefly describe the MBE and/or WBE service(s)/product(s) to be provided under this Amendment and include the estimated date(s) for utilization during the extension period: _None_____

A copy of each subcontractor agreement must be submitted to the Division of Supplier Diversity within thirty (30) days of the effective date of this Amendment. The subcontractor agreements may be uploaded into Pay Audit (Indiana's subcontractor payment auditing system), emailed to MWBECompliance@idoa.IN.gov, or mailed to the Division of Supplier Diversity, 402 W. Washington Street, Room W-462, Indianapolis IN 46204. Failure to provide a copy of any subcontractor agreement may be deemed a violation of the rules governing MBE/WBE procurement and may result in sanctions allowable under 25 IAC 5-7-8. Requests for changes must be submitted to MWBECompliance@idoa.IN.gov for review and approval before changing the participation plan submitted in connection with this Amendment.

The Contractor shall report payments made to Division of Supplier Diversity certified subcontractors under this Contract on a monthly basis using Pay Audit. The Contractor shall notify subcontractors that they must confirm payments received from Contractor in Pay Audit. The Pay Audit system can be accessed on the IDOA webpage at: www.in.gov/idoa/mwbe/payaudit.htm.  Contractor may also be required to report Division of Supplier Diversity certified subcontractor payments directly to the Division of Supplier Diversity, as reasonably requested and in the format required by the Division of Supplier Diversity.

Contractor's failure to comply with the provisions in this clause may be considered a material breach of the Contract.

**All matters set forth in the original Contract and not affected by this Amendment #1 shall remain in full force and effect.**

**THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK.**

DocuSign Envelope ID: 68ADC313-0ADA-4D03-B780-5BCC850FBB98

### Non-Collusion and Acceptance

The undersigned attests, subject to the penalties for perjury, that the undersigned is the Contractor, or that the undersigned is the properly authorized representative, agent, member or officer of the Contractor. Further, to the undersigned's knowledge, neither the undersigned nor any other member, employee, representative, agent or officer of the Contractor, directly or indirectly, has entered into or been offered any sum of money or other consideration for the execution of this Amendment #1 other than that which appears upon the face hereof. Furthermore, if the undersigned has knowledge that a state officer, employee, or special state appointee, as those terms are defined in IC § 4-2-6-1, has a financial interest in the Contract, the Contractor attests to compliance with the disclosure requirements in IC § 4-2-6-10.5

### Agreement to Use Electronic Signatures

I agree, and it is my intent, to sign this Amendment #1 by accessing State of Indiana Supplier Portal using the secure password assigned to me and by electronically submitting this Amendment #1 to the State of Indiana. I understand that my signing and submitting this Amendment #1 in this fashion is the legal equivalent of having placed my handwritten signature on the submitted Amendment #1 and this affirmation. I understand and agree that by electronically signing and submitting this Amendment #1 in this fashion I am affirming to the truth of the information contained therein. I understand that this Amendment #1 will not become binding on the State until it has been approved by the Department of Administration, the State Budget Agency, and the Office of the Attorney General, which approvals will be posted on the Active Contracts Database: https://secure.in.gov/apps/idoa/contractsearch/.

In Witness Whereof, Contractor and the State have, through their duly authorized representatives, entered into this Amendment #1. The parties, having read and understood the foregoing terms of this Amendment #1, do by their respective signatures dated below agree to the terms thereof.

**Indiana University**

By: *katie R. Sheean*
FBF58B493B5404...

**Title:** Senior Contract Officer

**Date:** 7/20/2022 | 16:00 EDT

**Indiana Department of Child Services.**

By: *Jerry Fitzgerald*
4FF6CE15E1DC4D5...

**Title:** Executive Director

**Date:** 7/20/2022 | 16:20 EDT

| | Electronically Approved by:<br>Department of Administration<br><br>By:                                          (for)<br>Rebecca Holwerda, Commissioner |
|---|---|
| Electronically Approved by:<br>State Budget Agency<br><br>By:                          (for)<br>Zachary Q. Jackson, Director | Electronically Approved as to Form and Legality:<br>Office of the Attorney General<br><br>By:                                          (for)<br>Theodore E. Rokita, Attorney General |

DocuSign Envelope ID: 4DD8699C-5BD8-4B23-A839-7F258CA4377C

## AMENDMENT #2

## CONTRACT #000000000000000000000063964

This is the Second Amendment ("Amendment" or "Amendment #2") to the Contract (the "Contract") entered into by and between the Indiana Department of Child Services (the "State" or "DCS") and Indiana University (the "Contractor") approved by the last State signatory on July 14, 2022, as amended.

In consideration of the mutual undertakings and covenants hereinafter set forth, the parties agree as follows:

1. **Definitions**.

   All terms or acronyms defined in the Contract, shall continue to have the same meaning in this Amendment #2.

2. **Purpose(s)**.

   The purposes of this Amendment #2 are to: (a) extend the term of the Contract; (b) update and add $5,588,416.00 in funding to Section 2 [Consideration] of the Contract; (c) update Key Personnel; (d) include Section 21 [Indiana Veteran Owned Small Business Enterprises Compliance] of the Contract, to show that there are no changes to the Contract; and (e) include Section 23 [Minority and Women's Business Enterprises Compliance] of the Contract, to show that there are no changes to the Contract.

3. **Extension of the Contract**.

The Contract is hereby extended for an additional period of two (2) years ("Extension Period"). It shall terminate on June 30, 2026.

4. **Consideration**.

   A. Subparagraphs (c) and (d) are added to Subsection 2.A(1) as follows:

      "(c) from **07/01/24 to 06/30/25**, DCS will pay **$193,927.83 per month** for PEDS Case services that are included in the monthly Base Contract Price. The State's payment to the Contractor for these services during the second year of this Contract shall not exceed $2,327,133.96.

      (d) from **07/01/25 to 06/30/26**, DCS will pay **$193,927.83 per month** for PEDS Case services that are included in the monthly Base Contract Price. The State's payment to the Contractor for these services during the second year of this Contract shall not exceed $2,327,133.96."

   B. Subparagraph (a) is added to Subsection 2.A(2) as follows:

      "(a) Consideration for Services for the PEDS Cases **Not** Included in the Monthly Base Contract Price. If the Contractor provides any of the services for PEDS Cases outlined in Section 1 that were specifically described as requiring separate hourly compensation to be paid to the Contractor as a separate component of this Contract (in addition to the monthly Base Contract Price), the Contractor shall generate a separate monthly invoice to DCS for such "Extended Services" as described in

Page 1 of 5

DocuSign Envelope ID: 4DD8699C-5BD8-4B23-A839-7F258CA4377C

Section 1(H). Total remuneration of solely the Extended Services under this Amendment #2 shall not exceed **$10,000 per year**."

C.  Subparagraphs (c) and (d) are added to Subsection 2.B(1) as follows:

"(c)  from **07/01/24 to 06/30/25**, DCS will pay **$19,339.50 per month**, and the total funding for the first year of the Contract for these services shall not exceed **$232,074.00**.

(d)  from **07/01/25 to 06/30/26**, DCS will pay **$19,339.50 per month**, and the total funding for the second year of the Contract for these services shall not exceed **$232,074.00**."

D.  Subsection C. is deleted in its entirety and replaced with the following language:

"C. **Total Remuneration**. As set forth above, under this Amendment #2 from July 1, 2024, to June 30, 2026, the annual contractual cost shall not exceed $2,794.208.00 and the total consideration **during this Extension Period shall not exceed $5,588,416.00**. As set forth above, **total remuneration under the Contract shall not exceed $10,932,856.00.** This total remuneration amount includes all amounts paid to the Contractor by the State pursuant to this Contract for all of the above-described components, including, but not limited to, all amounts paid for services for PEDS Cases included in the monthly Base Contract Price, all amounts paid for Extended Services for PEDS Cases not included in the monthly Base Contract Price, Consideration for up to Fifteen (15) Docs INCASE, and funding for the Foster Care Bridge Clinic."

5. **Key Personnel**.

Section 1.F(1) is hereby deleted and superseded with the following:

"F. **Key Personnel for PEDs, Education, and Docs INCASE Programs Described Above**:
(1)    The following are key personnel and, as such, are considered essential to this Contract:

Shannon Thompson, MD, Roberta Hibbard, MD, Ralph Hicks MD, Tara Holloran, MD, Ann Freshour, DO, Cortney Demetris, MD, Marissa Luoma, MD, and Leah Garvin, MD.

The Contractor shall not replace any of these key personnel without providing written notice to the State and receiving the State's express written prior approval of any substitution(s). If, at any time, all key personnel listed above are unavailable, the Contractor must ensure that a local pediatrician from Riley Hospital will be available to take initial calls from DCS.

6. **Indiana Veteran Owned Small Business Enterprises Compliance**.

As required by 25 IAC 9-4-1(b), the following certified IVOSB subcontractors will be participating in this Contract during the extension period. This participation represents an increase of 0% above the original IVOSB commitment.

| IVOSB | COMPANY NAME | PHONE | EMAIL OF CONTACT PERSON | PERCENT |
|---|---|---|---|---|

DocuSign Envelope ID: 4DD8699C-5BD8-4B23-A839-7F258CA4377C

N/A _____

Briefly describe the IVOSB service(s)/product(s) to be provided under this Amendment and include the estimated date(s) for utilization during the extension period:

N/A _____

A copy of each subcontractor agreement must be submitted to IDOA's Division of Supplier Diversity within thirty (30) days of the effective date of this Amendment. The subcontractor agreements may be uploaded into Pay Audit (Indiana's subcontractor payment auditing system), emailed to IndianaVeteransPreference@idoa.IN.gov, or mailed to IDOA, 402 W. Washington Street, Room W-462, Indianapolis, IN 46204. Failure to provide a copy of any subcontractor agreement may be deemed a violation of the rules governing IVOSB procurement and may result in sanctions allowable under 25 IAC 9-5-2.

Requests for changes must be submitted to IndianaVeteransPreference@idoa.IN.gov for review and approval before changing the participation plan submitted in connection with this Amendment.

The Contractor shall report payments made to certified IVOSB subcontractors under this Contract on a monthly basis using Pay Audit. The Contractor shall notify subcontractors that they must confirm payments received from Contractor in Pay Audit. The Pay Audit system can be accessed on the IDOA webpage at: www.in.gov/idoa/mwbe/payaudit.htm. The Contractor may also be required to report IVOSB certified subcontractor payments directly to the Division of Supplier Diversity, as reasonably requested and in the format required by the Division of Supplier Diversity.

The Contractor's failure to comply with the provisions in this clause may be considered a material breach of the Contract.

7.  **Minority and Women's Business Enterprises Compliance**.

As required by 25 IAC 5-6-2(b), the following Division certified MBE or WBE subcontractor(s) will be participating in this Contract during the extension period. This participation represents an increase of 0% above the original MBE and/or WBE commitment.

MBE or WBE          COMPANY NAME  PHONE    EMAIL OF CONTACT PERSON  PERCENT

N/A _____

Briefly describe the MBE and/or WBE service(s)/product(s) to be provided under this Amendment and include the estimated date(s) for utilization during the extension period:

N/A _____

A copy of each subcontractor agreement must be submitted to the Division of Supplier Diversity within thirty (30) days of the effective date of this Amendment. The subcontractor agreements may be uploaded into Pay Audit (Indiana's subcontractor payment auditing system), emailed to MWBECompliance@idoa.IN.gov, or mailed to the Division of Supplier Diversity, 402 W. Washington Street Room W-462, Indianapolis IN 46204. Failure to provide a copy of any subcontractor agreement may be deemed a violation of the rules governing MBE/WBE procurement and may result in sanctions allowable under 25 IAC 5-7-8. Requests for changes must be submitted to MWBECompliance@idoa.IN.gov for review and approval before changing the participation plan submitted in connection with this Amendment.

DocuSign Envelope ID: 4DD8699C-5BD8-4B23-A839-7F258CA4377C

The Contractor shall report payments made to Division of Supplier Diversity certified subcontractors under this Contract on a monthly basis using Pay Audit. The Contractor shall notify subcontractors that they must confirm payments received from Contractor in Pay Audit. The Pay Audit system can be accessed on the IDOA webpage at: www.in.gov/idoa/mwbe/payaudit.htm. Contractor may also be required to report Division of Supplier Diversity certified subcontractor payments directly to the Division of Supplier Diversity, as reasonably requested and in the format required by the Division of Supplier Diversity. The Contractor's failure to comply with the provisions in this clause may be considered a material breach of the Contract.

All matters set forth in the original Contract, as amended, and not affected by this Amendment #2 shall remain in full force and effect.

.

DocuSign Envelope ID: 4DD8699C-5BD8-4B23-A839-7F258CA4377C

## Non-Collusion and Acceptance

The undersigned attests, subject to the penalties for perjury, that the undersigned is the Contractor, or that the undersigned is the properly authorized representative, agent, member or officer of the Contractor. Further, to the undersigned's knowledge, neither the undersigned nor any other member, employee, representative, agent or officer of the Contractor, directly or indirectly, has entered into or been offered any sum of money or other consideration for the execution of this Amendment #2 other than that which appears upon the face hereof. **Furthermore, if the undersigned has knowledge that a state officer, employee, or special state appointee, as those terms are defined in IC § 4-2-6-1, has a financial interest in the Contract, the Contractor attests to compliance with the disclosure requirements in IC § 4-2-6-10.5**

Agreement to Use Electronic Signatures
I agree, and it is my intent, to sign this Amendment #2 by accessing State of Indiana Supplier Portal using the secure password assigned to me and by electronically submitting this Amendment #2 to the State of Indiana. I understand that my signing and submitting this Amendment #2 in this fashion is the legal equivalent of having placed my handwritten signature on the submitted Amendment #2 and this affirmation. I understand and agree that by electronically signing and submitting this Amendment #2 in this fashion I am affirming to the truth of the information contained therein. I understand that this Amendment #2 will not become binding on the State until it has been approved by the Department of Administration, the State Budget Agency, and the Office of the Attorney General, which approvals will be posted on the Active Contracts Database: https://secure.in.gov/apps/idoa/contractsearch/.

**In Witness Whereof**, Contractor and the State have, through their duly authorized representatives, entered into this Amendment #2. The parties, having read and understood the foregoing terms of this Amendment #2, do by their respective signatures dated below agree to the terms thereof.

Indiana University

By: *Jeff Skaggs*
0DC7A53A99854DB...

Title: Senior Contract Officer

Date: 5/31/2024 | 13:21 EDT

Indiana Department of Child Services

By: *E. ___*
2B0105E0C28B4E1...

Title: Director

Date: 6/3/2024 | 10:34 EDT

| | Electronically Approved by:<br>Department of Administration<br><br>By:                                        (for)<br>Rebecca Holwerda, Commissioner |
|---|---|
| Electronically Approved by:<br>State Budget Agency<br><br>By:                                        (for)<br>Joseph M. Habig, Acting State Budget Director | Electronically Approved as to Form and Legality:<br>Office of the Attorney General<br><br>By:                                        (for)<br>Theodore E. Rokita, Attorney General |